## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

|  |  |  |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>Plaintiffs,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE CO.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 6:21-CV-596<br><br><br><br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiffs, Intellectual Ventures I LLC and Intellectual Ventures II LLC (together "IV"), for their complaint against defendant, Hewlett Packard Enterprise Company ("HPE"), hereby allege as follows:

## THE PARTIES

1.      Intellectual Ventures I LLC ("Intellectual Ventures I") is a Delaware limited liability company having its principal place of business located at 3150 139th Avenue SE, Bellevue, Washington 98005.

2.      Intellectual Ventures II LLC ("Intellectual Ventures II") is a Delaware limited liability company having its principal place of business located at 3150 139th Avenue SE, Bellevue, Washington 98005.

3.      Upon information and belief, HPE is a Delaware corporation with its principal executive offices located at 11445 Compaq Center West Drive, Houston, Texas 77070.  HPE has regular and established places of business in this District, including a fifty-two (52) acre campus

at 14321 Tandem Boulevard, Austin, Texas, and a lease for another 27,326 square foot office at Paloma Ridge, 13620 FM 620 Austin, Texas 78717.  HPE also has at least one other office in Texas, at 6080 Tennyson Parkway, Suite 400, Plano, Texas 75024.  HPE plans to relocate its global headquarters from San Jose, California, to Spring, Texas in early 2022.  HPE may be served with process through its registered agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

## JURISDICTION

4.    IV brings this action for patent infringement pursuant to 35 U.S.C. § 271, *et seq.* This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

5.    This Court has general jurisdiction over HPE because HPE is engaged in substantial and not isolated activity at its regular and established places of business within this judicial district. This Court has specific jurisdiction over HPE because HPE has committed acts of infringement giving rise to this action within this judicial district and has established more than minimum contacts within this judicial district, such that the exercise of jurisdiction over HPE in this Court would not offend traditional notions of fair play and substantial justice.

6.    Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b)-(c) and 1400(b) because HPE maintains regular and established places of business and has committed acts of patent infringement within this judicial district.

## FACTUAL BACKGROUND

7.    Intellectual Ventures Management, LLC ("Intellectual Ventures") was founded in 2000.  Since then, Intellectual Ventures has been involved in the invention business.  Intellectual Ventures fosters inventions and facilitates the filing of patent applications for those inventions; collaborates with others to develop and patent inventions; and acquires and licenses patents from

individual inventors, universities, corporations, and other institutions. A significant aspect of Intellectual Ventures' business is managing the plaintiffs in this case, Intellectual Ventures I and Intellectual Ventures II.

8.     To create its own inventions, Intellectual Ventures has a staff of scientists and engineers who develop ideas in a broad range of fields, including agriculture, computer hardware, life sciences, medical devices, semiconductors, and software. Intellectual Ventures has invested millions of dollars developing such ideas and has filed hundreds of patent applications on its inventions every year, making it one of the world's top patent filers. Intellectual Ventures has also invested in laboratory facilities to assist with the development and testing of new ideas.

9.     Furthermore, Intellectual Ventures develops inventions by collaborating with inventors and research institutions around the world. For example, Intellectual Ventures has collaborated on inventions by selecting a technical challenge, requesting proposals for inventions to solve the challenge from inventors and institutions, selecting the most promising ideas, rewarding the inventors and institutions for their contributions, and filing patent applications on the ideas. Intellectual Ventures has invested millions of dollars in this way and has created a network of more than 4,000 inventors worldwide.

10.     One founder of Intellectual Ventures is Nathan Myhrvold, who worked at Microsoft from 1986 until 2000 in a variety of executive positions, culminating in his appointment as the company's first Chief Technology Officer ("CTO") in 1996. While at Microsoft, Dr. Myhrvold founded Microsoft Research in 1991 and was one of the world's foremost software experts. Between 1986 and 2000, Microsoft became the world's largest technology company.

11.    Under Dr. Myhrvold's leadership, IV acquired more than 70,000 patents covering many important inventions of the Internet era.  Many of these inventions coincided with Dr. Myhrvold's successful tenure at Microsoft.

12.    Two recent significant accomplishments in the field of computing are cloud-based computing and virtualization of computing resources.  As the computing industry shifted towards cloud-based and virtualized computing, prior art storage solutions, such as stand-alone direct-attached arrays, storage area networks (SAN), and network attached storage (NAS), were unable to efficiently meet the increased performance, availability, and resiliency requirements associated with such cloud-based and virtualized computing.

13.    To overcome these and other prior art limitations, new storage technologies were developed.  For example, disk storage technologies that increased availability and resiliency were introduced, such as redundant arrays of independent disks (RAID).  A RAID system, however, does not adequately protect against a failure of its controlling node in a cost-effective manner, cannot simultaneously serve I/O requests for more than a limited number of computers, and is not itself readily scalable.

14.    Another example of a new storage technology that was introduced to overcome prior art storage system limitations were solid-state drives (SSDs), which improved input/output operations-per-second (IOPS) performance, but introduced other problems, such as SSD media degradation from continuous write operations.  This degradation was especially significant for data-intensive applications that require a great many write operations per second.  Furthermore, though SSDs have better IOPS performance than older non-volatile storage technologies, such as hard disk drives (HDDs), they are still slower than volatile memory, such as dynamic random access memory (DRAM) and static random access memory (SRAM).

15.    As performance requirements increased in the industry, another problem exhibited in traditional storage technologies such as RAIDs concerned the fact they dealt with data at an input/output (I/O) block level.  This meant that for a write command that instructs the storage system to store a 64 Kbyte block of data into a storage media such as an SSD or HDD, the entire requested block had to be fully received from the instructing computer before the storage system could begin to process and virtualize that block.  Processing an I/O as a single block and requiring that all its contents be received before being further processed created bottlenecks in storage systems.

16.    HPE makes, uses, and sells enterprise and high-performance storage solutions, including virtualized storage and hyperconverged infrastructure solutions, with a particular focus on distributed storage access and management products.  Two of the most important technology areas that HPE focuses on to deliver these products and services are (1) high performance enterprise storage; and (2) hyperconverged, self-managing, self-optimizing and self-healing storage platforms.  When providing enterprise storage, for example, via its 3PAR StoreServ Storage product, HPE focuses on providing highly available, resilient, and fast virtual storage with advanced I/O management and granular visibility, which maximizes the customer's return on investment (ROI).  When providing hyperconverged infrastructure platforms, such as its SimpliVity HCI platform, HPE builds on its above distributed storage offerings by adding advanced programmatic functionality, such as self-management and healing, that relies on the availability of redundant storage resources.

**THE PATENTS-IN-SUIT**

17.    On June 30, 2009, the Patent & Trademark Office ("PTO") issued United States Patent No. 7,555,586 ("the '586 patent"), titled APPARATUS AND METHOD FOR PACKET

BASED STORAGE VIRTUALIZATION.  The '586 patent is valid and enforceable.  A copy of the '586 patent is attached as Exhibit A.

18.     Intellectual Ventures II is the owner and assignee of all rights, title, and interest in and to the '586 patent, and holds all substantial rights therein, including the rights to grant licenses, to exclude others, and to enforce and recover past damages for infringement of that patent.

19.     The inventions claimed in the '586 patent were conceived by Joseph Powell, Randall Brown, and Stephen Finch while at Stonefly Networks.  Stonefly Networks, in operation for more than two decades, provides high-performance IT infrastructure solutions and storage virtualization software, including data storage, protection, and optimization services and real-time monitoring capabilities, to enterprises of all sizes.

20.     The '586 patent is directed to systems, methods, and/or apparatus for virtualizing data in storage environments by parallel processing command and data communications, generating virtual data, and forming virtual I/O requests in an efficient manner.   In particular, the inventions improved upon then existing I/O storage technology by avoiding the processing bottlenecks of traditional systems that would handle I/O requests (I/Os) as a single, uniform block, waiting at each of its constituent layers for the entire I/O to be received before it could be processed, virtualized, and/or forwarded along to a next layer.   This bottlenecking problem introduced significant latency into I/O processing.  The inventions of the '586 patent ameliorated these bottlenecking and latency problems by processing I/Os *as they were received*, separating the command processing aspects of an I/O from the data aspects (e.g., virtual data generation, movement) of that I/O, and processing each in parallel, thereby enabling faster processing and decreasing latency.

21.     On December 9, 2008, the PTO issued United States Patent No. 7,464,240 ("the '240 patent"), titled HYBRID SOLID STATE DISK DRIVE WITH CONTROLLER. The '240 patent is valid and enforceable. A copy of the '240 patent is attached as Exhibit B.

22.     Intellectual Ventures II LLC is the owner and assignee of all rights, title and interest in and to the '240 patent, and holds all substantial rights therein, including the rights to grant licenses, to exclude others, and to enforce and recover past damages for infringement of that patent.

23.     The inventions claimed in the '240 patent were conceived by Jason Caulkins and Michael Richard Beyer during their tenure at Cenatek, a company founded by Mr. Caulkins in 2000. Cenatek developed PCI-based solid-state disks and RAMDisk software. Cenatek was acquired by Data Ram and Mr. Caulkins transferred into the role of Chief Technologist in 2008. Data Ram, Inc., was an early innovator in volatile and non-volatile memory. Founded in the late 1960s, Data Ram began producing 16KB core memory systems for Digital Equipment Corporation, and by 1976 had created the first solid-state drive. Soon Data Ram was producing memory for DEC, Data General, and Sun Microsystems, among others. Mr. Caulkins, a prolific inventor and entrepreneur, is currently employed by Dell EMC.

24.     The '240 patent is directed to systems, methods and/or apparatus for high-speed data storage and access. More particularly, the '240 patent discloses a novel system and method for use of and access to a hybrid SSD memory system, including both volatile and non-volatile memory. The system is accessible through a controller that, among other things, controls writes from the volatile to the non-volatile memory thus increasing IOPS, as well the life of SSD hardware. As further disclosed in one embodiment of the '240 patent, this is accomplished by an ASIC controller, DRAM and SSD (e.g., flash) storage programmed in such a way so as to increase I/O performance while minimizing unnecessary degradation of SSD media.

25.     On February 1, 2011, the PTO issued United States Patent No. 7,882,320 ("the '320 patent"), titled MULTI-PROCESSOR FLASH MEMORY STORAGE DEVICE AND MANAGEMENT SYSTEM.  The '320 patent is valid and enforceable.  A copy of the '320 patent is attached as Exhibit C.

26.     Intellectual Ventures II is the owner and assignee of all rights, title and interest in and to the '320 patent and holds all substantial rights therein, including the right to grant licenses, to exclude others, and to enforce and recover past damages for infringement of the '320 patent.

27.     The inventions claimed in the '320 patent, which is related to the '240 patent discussed above, were similarly conceived by Jason Caulkins while working at Cenatek, a company he founded in 2000.  Cenatek developed PCI-based solid-state disks and RAMDisk software.  Cenatek was acquired by Data Ram and Mr. Caulkins transferred into the role of Chief Technologist in 2008.  Data Ram, Inc., was an early innovator in volatile and non-volatile memory. Founded in the late 1960s, Data Ram began producing 16KB core memory systems for Digital Equipment Corporation, and by 1976 had created the first solid-state drive.  Soon Data Ram was producing memory for DEC, Data General, and Sun Microsystems, among others.  Mr. Caulkins, a prolific inventor and entrepreneur, is currently employed by Dell EMC.

28.     The '320 patent is also directed to systems and/or apparatus for data storage, access and management.  Specifically, the '320 patent discloses a novel system and apparatus in the field of data storage and mass storage systems which includes a processor-based data storage device with both volatile and non-volatile memory that can be easily scaled up for multi-processor high-performance write and read operations without the bottlenecks of prior art solutions.

29.     On August 17, 2004, the PTO issued United States Patent No. 6,779,082 ("the '082 patent"), titled NETWORK-BASED DISK REDUNDANCY STORAGE SYSTEM AND

METHOD.  The '082 patent is valid and enforceable.  A copy of the '082 patent is attached as Exhibit D.

30.     Intellectual Ventures I LLC is the owner and assignee of all rights, title and interest in and to the '082 patent, and holds all substantial rights therein, including the rights to grant licenses, to exclude others, and to enforce and recover past damages for infringement of that patent.

31.     The inventions claimed in the '082 patent were conceived by, among others, first named inventor Eric William Burger, an avid entrepreneur and computer scientist.  Mr. Burger has held various key positions within the telecommunications and networking industries, including technology leaders such as MCI, BEA Systems, Neustar, Brooktrout, and Centigram Communications.  Mr. Burger is also the founder of SnowShore Networks and Cantata Technology, and over the course of his career has generated $2 billion of shareholder wealth.  Mr. Burger is a named inventor on no less than ten issued patents and is currently a Research Professor at Georgetown on detail serving in the White House Office of Science and Technology Policy.

32.     The '082 patent is directed to systems, methods and/or apparatus for networked computer data storage, and more specifically, to a highly available and distributed data storage methodology, utilizing networked data storage units coupled to an object manager system that controls the creation, access and replication of files associated with I/Os, so as to cost-effectively allow for improved resiliency and scalability.

### COUNT I
(HPE's Infringement of U.S. Patent No. 7,555,586)

33.     Paragraphs 1-32 are reincorporated by reference as if fully set forth herein.

34.     The inventions claimed in the '586 patent, taken alone or in combination, were not well-understood, routine or conventional to one of ordinary skill in the art at the time of the

invention.  Rather, the '586 patent claims and teaches, *inter alia*, an improved way to virtualize data in storage environments by parallel processing command and data communications and generating virtual data and forming virtual I/Os in an efficient manner.  The inventions of the '586 patent improved upon then existing I/O storage technology by avoiding the processing bottlenecks and latencies of traditional systems that would wait at each of its constituent layers for an entire I/O to be received before processing and forwarding it along to a next layer.  The inventions did so by processing I/Os as they were received, separating the command aspects of I/Os from the data aspects, processing each in parallel, and ultimately accumulating virtual data to form virtual I/Os. The inventions thus enable more efficient processing of I/Os, and avoid latencies and bottlenecks found in traditional systems.

35.    The inventions represented a technical solution to an unsolved technological problem.  The written description of the '586 patent describes, in technical detail, each of the limitations in the claims, allowing a person of skill in the art to understand what those limitations cover, and therefore what was claimed and also understand how the non-conventional and non-generic ordered combination of the elements of the claims differ markedly from what had been performed in the industry prior to the inventions of the '586 patent.  More specifically, the claims of the '586 patent recite methods and systems for separating and parallel processing command and data communications and ultimately generating commands and virtual data as part of forming virtual I/Os.

36.    The system covered by the asserted claims, therefore, differs markedly from the prior systems in use at the time of this invention, which, *inter alia*, lacked the claimed combination of separating and parallel processing command and data communications independently, generating commands based on the command communication, and virtual data based upon the

generated commands, and ultimately accumulating virtual data to form a virtual I/O. Prior systems introduced latencies and created bottlenecks in processing by requiring that an entire I/O be received and processed as a single unit at each of their constituent layers before being forwarded to the next layer, whereas the invention of the '586 patent avoided such issues by separating and parallel processing command and data portions of I/Os, thereby significantly improving the performance of storage systems.

37.    The '586 patent is drawn to solving a specific, technical problem arising in the context of virtualized I/O storage environments. Consistent with the problem addressed being rooted in complex computer processing and storage technology, the solutions disclosed in the '586 patent consequently are also rooted in that same technology and cannot be performed with pen and paper or in the human mind.

38.    HPE has directly infringed, and continues to directly infringe, literally and/or by the doctrine of equivalents, individually and/or jointly, at least claim 1 of the '586 patent by making, using, testing, selling, offering for sale and/or importing into the United States products and/or services covered by one or more claims of the '586 patent. HPE's products and/or services that infringe the '586 patent include, but are not limited to, HPE's 3PAR StoreServ product offerings, and any other HPE products and/or services, either alone or in combination, that operate in substantially the same manner (together the "Accused '586 Products").

Claim 1 of the '586 patent is reproduced below:

> *1. A method for data virtualization, comprising the steps of:*
> *receiving communications;*
> *separating a command communication from a data communication;*
> *parallel processing the command communication and the data communication;*
> *generating at least one command based on the command communication;*

*generating virtual data according to the at least one command;*

*accumulating the virtual data; and*

*forming a virtual I/O from the accumulated virtual data.*

39.    The Accused '586 Products practice a method for data virtualization comprising the steps detailed below. As one non-limiting example, the Accused '586 Products include HPE 3PAR StoreServ product offerings that virtualize data in a storage environment:



**Technical white paper**

# HP 3PAR StoreServ Architecture

For flash-based media, fine-grained virtualization combined with system-wide striping drives uniform I/O patterns by spreading wear evenly across the entire system. Should there be a media failure, system-wide sparing also helps guard against performance degradation by enabling a many-to-many rebuild, resulting in faster rebuilds. Because HP 3PAR StoreServ Storage autonomically manages this system-wide load balancing, no extra time or complexity is required to create or maintain a more efficiently configured system.

A detailed discussion of resource allocation, including the system's virtualized tri-layer mapping methodology, is provided in the section "Highly virtualized storage operating system".

## Highly virtualized storage operating system

HP 3PAR StoreServ Storage uses the same highly virtualized storage operating system across all models—including high-end, midrange, hybrid, and all-flash arrays. To help ensure performance and improve the utilization of physical resources, the HP 3PAR Operating System employs a tri-level mapping methodology with three layers of abstraction that is similar to the virtual memory architectures of the most robust enterprise operating systems on the market today.

**Figure 5.** Virtualization with a tri-level mapping methodology that provides three layers of abstraction

| Layer 1 Physical Disks Abstraction | Layer 2 Logical Disks Abstraction | Layer 3 Virtual Volume Abstraction | Exported LUNs |
|---|---|---|---|
| 1 GB chunklets | 32 MB and 128 MB regions | 16 KB pages | Variable I/O sizes |
| Eliminates the physical boundaries and limitations | Any RAID level on any drives and wide striping | Granular allocation/reclamation | Adaptive I/O sizes |

40.    Furthermore, the Accused '586 Products practice the step of receiving communications.  For example, the HPE 3PAR StoreServ product offerings receive I/O messages,

command communications, data transfer communications, and other communications as part of read and write requests from and to storage systems, as seen below:

Figure 9 shows an overview of data transfers in an HP 3PAR StoreServ Storage system with two simple examples: a write operation from a host system to a RAID 1 volume (lines labeled W1 through W4), and a read operation (Gray lines labeled R1 and R2). Only the data transfer operations are shown, not the control transfers.

The write operation consists of:

- **W1:** Host writes data to cache memory on a controller node
- **W2:** The write data is automatically mirrored to another node across the high-speed backplane link so that the write data is not lost even if the first node experiences a failure; only after this cache mirror operation is completed is the host's write operation acknowledged
- **W3** and **W4:** The write data is written to two separate drives (D1 and D1'), forming the RAID 1 set

In step W2, the write data is mirrored to one of the nodes that owns the drives to which data will be written (in this example, D1 and D1'). If the host's write (W1) is to one of these nodes, then the data will be mirrored to that node's partner. HP 3PAR Persistent Cache allows a node to mirror the write data to a node that does not have direct access to drives D1 and D1' in the event of a partner node failure.

**Figure 9.** Data transfer paths



41.     The Accused '586 Products practice the step of separating a command communication from a data communication.  For example, the HPE 3PAR StoreServ storage controller node separates the processing of commands, such as SCSI control commands, from communications regarding data movement.  The 3PAR ASIC offloads data communication processing from the control processor, as illustrated below:

## Mixed-workload support

Unlike legacy architectures that process I/O commands and move data using the same processor complex, the HP 3PAR StoreServ Storage controller node design separates the processing of SCSI control commands from data movement. This allows transaction-intensive and throughput-intensive workloads to run on the same storage resources without contention, thereby supporting massive consolidation and multi-tenancy. This means that, for example, the system can easily handle an OLTP application and an extremely bandwidth-consuming data warehousing application concurrently with ease.

This capability is made possible by the HP 3PAR ASIC, which offloads data processing from the control processor, where metadata is processed. By pathing and processing data and metadata separately, transaction-intensive workloads are not held up behind throughput-intensive workloads. As a result, the HP 3PAR StoreServ Storage platform, as compared to the ASIC-less architectures of traditional storage vendors—including many of today's all-flash arrays—delivers excellent performance consistently, even in mixed-workload scenarios. Figure 8 illustrates the benefits of mixed-workload support.

**Figure 8.** HP 3PAR StoreServ Storage with mixed-workload support



42.    In addition, the Accused '586 Products practice the step of parallel processing the command communication and the data communication.  For example, the HPE 3PAR StoreServ system receives command communications and data communications, routes them onto separate processing paths, and processes them in parallel with one another, as illustrated below:

## Mixed-workload support

Unlike legacy architectures that process I/O commands and move data using the same processor complex, the HP 3PAR StoreServ Storage controller node design separates the processing of SCSI control commands from data movement. This allows transaction-intensive and throughput-intensive workloads to run on the same storage resources without contention, thereby supporting massive consolidation and multi-tenancy. This means that, for example, the system can easily handle an OLTP application and an extremely bandwidth-consuming data warehousing application concurrently with ease.

This capability is made possible by the HP 3PAR ASIC, which offloads data processing from the control processor, where metadata is processed. By pathing and processing data and metadata separately, transaction-intensive workloads are not held up behind throughput-intensive workloads. As a result, the HP 3PAR StoreServ Storage platform, as compared to the ASIC-less architectures of traditional storage vendors—including many of today's all-flash arrays—delivers excellent performance consistently, even in mixed-workload scenarios. Figure 8 illustrates the benefits of mixed-workload support.

**Figure 8.** HP 3PAR StoreServ Storage with mixed-workload support



Control operations are handled as follows:

- With the HP 3PAR StoreServ 20000 Storage system, control operations are processed by up to 16 high-performance Intel Quad-Core processors (for an 8-node HP 3PAR StoreServ 20800 Storage system).
- With the HP 3PAR StoreServ 7450c and 7440c Storage systems, control operations are handled by up to four Intel 8-core processors.
- In the case of the HP 3PAR StoreServ 7400c Storage system, control operations are handled by up to four Intel Hexa-core processors.
- For the HP 3PAR StoreServ 7200c Storage system, control operations are handled by up to two Intel Hexa-core processors.

Data movement is handled as follows:

- For the HP 3PAR StoreServ 20000 Storage system, all data movement is handled by the specially designed HP 3PAR ASICs (two per controller node).
- For the HP 3PAR StoreServ 7200c, 7400c, 7440c, and 7450c Storage systems, all data movement is handled by the HP 3PAR ASICs (one per controller node).

15

Unlike legacy architectures that process I/O commands and move data using the same processor complex, the HP 3PAR StoreServ Storage controller node architecture separates the processing of control commands from data movement, which helps ensure that CPU memory bandwidth is available for control processing and is not used for bulk data transfer. This innovation eliminates the performance bottlenecks of existing platforms that use a single processing element to serve competing workloads, for example online transaction processing (OLTP) and data warehousing workloads.

**HPE 3PAR Gen5 ASIC**

The HPE 3PAR 20000, 9000, and 8000 systems use the fifth and latest generation of the HPE 3PAR ASIC. The HPE 3PAR Gen5 ASIC is engineered and designed for solid-state performance. The ASIC enables the new 20000, 9000, and 8000 series to deliver up to 5X improvement in system bandwidth and faster XOR operations compared to previous generations. It works in parallel with the CPU, evenly processing the I/O workload across the node Active—Mesh scale—out architecture, ensuring lower latency resulting in better system bandwidth.

43.     The Accused '586 Products additionally practice the step of generating at least one command based on the command communication.  For example, the HPE 3PAR StoreServ system generates commands based on the command information in an I/O message, including to create, update, and maintain lookup tables and bitmaps that store pointers and indicate where data is located and/or should be written as part of read and write operations, as shown below:

**Metadata handling**

For metadata, HP 3PAR StoreServ implements a mechanism of fast lookup tables that store location pointers to accelerate data access. This process relies on tri-layer addresses translation mechanism akin to Virtual Memory lookup tables. The VV metadata is also known as Snapshot Admin space, which contains bitmaps indicating which pages of the shared admin and data areas are used along with the exception tables associated with each volume.

The exception tables provide the offset into the shared data area where the shared data is located. There are three levels (L1, L2, and L3) of exception tables for each Thin Volume. The bits of the I/O request's logical block address (LBA) are used as indexes into the L1, L2, and L3 exception tables to determine the page being accessed.

Metadata management is shared across all cluster resources from CPU memory (control cache) by looking at L1/L2/L3 exception tables and copying to cluster memory. LRU (Last Recently Used) algorithms will eventually flush these pages to SA LDs.

When HP 3PAR Adaptive Flash Cache is configured, all Snapshot Admin space associated with any TPVV (or snapshot) on the array will always be also cached to Flash Cache.

For inline deduplication, where fast lookups are extremely important, HP 3PAR StoreServ implements an innovative mechanism to detect duplicate pages called Express Indexing. The technology uses the computed hash signature as an index to determine whether a match already exists using the three level translation mechanisms described earlier.

When new a write I/O request comes in, the Logical Block Address (LBA) is used as an index into three different page tables as per a regular TPVV. However, instead of allocating a new page, the hash signature of the incoming data page is computed by the HP 3PAR ASIC and compared to the signatures of the TDVV data already stored in the CPG.

If a match is found then the L3 page table entry will be set to point to the existing copy of the data page. Only if no match is found, a new page is allocated.

44.     The Accused '586 Products additionally practice the step of generating virtual data according to the at least one command.  For example, the HPE 3PAR StoreServ product offerings are based on fine-grained data virtualization that divides physical disks into granular allocation

units called chunklets, which can be dynamically organized and assigned to create logical disks that are used to create (and are mapped to), virtual volumes. As part of this approach, I/Os are processed and certain information therefrom is used as an index to the lookup tables which help determine where the virtual data should be written to and/or read from, as shown below:

## Fine-grained approach to virtualization

The tri-level mapping methodology imposed by the HP 3PAR Operating System relies on a fine-grained virtualization approach that divides each physical disk into granular allocation units referred to as chunklets, each of which can be independently assigned and dynamically reassigned to different logical disks that are used to create virtual volumes. The first layer of abstraction employed by the OS breaks media devices into 1 GB chunklets to enable higher utilization and avoid stranded capacity. This fine-grained virtualization unit also enables mixed RAID levels on the same physical drive, thereby eliminating dedicated RAID groups and seamlessly supporting new media technologies such as SSDs.

For flash-based media, fine-grained virtualization combined with system-wide striping drives uniform I/O patterns by spreading wear evenly across the entire system. Should there be a media failure, system-wide sparing also helps guard against performance degradation by enabling a many-to-many rebuild, resulting in faster rebuilds. Because HP 3PAR StoreServ Storage autonomically manages this system-wide load balancing, no extra time or complexity is required to create or maintain a more efficiently configured system.

For inline deduplication, where fast lookups are extremely important, HP 3PAR StoreServ implements an innovative mechanism to detect duplicate pages called Express Indexing. The technology uses the computed hash signature as an index to determine whether a match already exists using the three level translation mechanisms described earlier.

When new a write I/O request comes in, the Logical Block Address (LBA) is used as an index into three different page tables as per a regular TPVV. However, instead of allocating a new page, the hash signature of the incoming data page is computed by the HP 3PAR ASIC and compared to the signatures of the TDVV data already stored in the CPG.

If a match is found then the L3 page table entry will be set to point to the existing copy of the data page. Only if no match is found, a new page is allocated.

**Multiple layers of abstraction**

As shown in Figure 5, the physical disk abstraction layer breaks physical drives of any size into a pool of uniform-sized, 1 GiB chunklets. The fine-grained nature of these chunklets eliminates underutilization of precious storage assets.

Complete access to every chunklet eliminates large pockets of inaccessible storage. This fine-grained structure enhances performance for all applications as well, regardless of their capacity requirements. For example, while a small application might only allocate a small amount of physical capacity, this capacity will be virtualized and striped across dozens or even hundreds of drives. With this approach, even a small application can leverage the performance resources of the entire system without provisioning excess capacity.

The first layer of abstraction employed by the OS breaks media devices into 1 GiB chunklets to enable higher utilization and avoid stranded capacity. This fine-grained virtualization unit also enables mixed RAID levels on the same physical drive, thereby eliminating dedicated RAID groups and seamlessly supporting new media technologies such as SSDs.

The second layer of abstraction takes the 1 GiB chunklets created from abstracting physical disk capacity and creates logical disks (LDs) striped across the system's physical drives and implementing specified RAID levels. Multiple chunklet RAID sets from different PDs are striped together to form an LD. All chunklets belonging to a given LD will be from the same drive type. LDs can consist of all NL, FC, or SSD chunklets. There are no mixed-type LDs, although Fast Class (Fibre Channel or SAS) LDs, may consist of both 10K and 15K drive chunklets. The association between chunklets and LDs allows LDs to be created with template properties based on RAID characteristics and the location of chunklets across the system. LDs can be tailored to meet a variety of cost, capacity, performance, and availability characteristics. In addition, the first- and second-level mappings taken together serve to parallelize work massively across physical drives and their Fibre Channel or SAS connections. LDs are divided into "regions," 128 MB of contiguous logical space from a single LD.

The third layer of abstraction maps LDs to Virtual Volumes (VVs), with all or portions of multiple underlying LDs mapped to the VV. VVs are the virtual capacity representations that are ultimately exported to hosts and applications as virtual LUNs (VLUNs) over Fibre Channel, iSCSI, or FCoE target ports. A single VV can be coherently exported through as few as two ports or as many as ports as desired (no fewer than two, one from each of two different nodes as a minimum). This layer of abstraction uses a table-based association—a mapping table with a granularity of 128 MB per region and an exception table with a granularity of 16 KB per page—as opposed to an algorithmic association. With this approach, a very small portion of a VV associated with a particular LD can be quickly and non-disruptively migrated to a different LD for performance or other policy-based reasons, whereas other architectures require migration of the entire VV. This layer of abstraction also implements many high-level features such as snapshots, caching, pre-fetching, and remote replication.



45.     The Accused '586 Products additionally practice the steps of accumulating virtual data and forming virtual I/Os from the accumulated virtual data.  For example, the HPE 3PAR StoreServ system caches all writes to virtual volumes in a controller node, accumulating the write data and ensuring it is cached in the controller node before completing and acknowledging the write operation to the host computer that requested it, while also enabling the merging of multiple writes before proceeding with a virtual I/O operation.  Also, for example, the HPE 3PAR StoreServ system enables Fast RAID 5 and employs a write-back cache that allows sequential writes to be

collected until a full parity group can be written, thus accumulating virtual data and forming a

virtual I/O from the accumulated virtual data, as shown below:

## Write caching

Writes to VVs are cached in a controller node, mirrored in the cache of another controller node, and then acknowledged to the host. The host, therefore, sees an effective response time that is much shorter than would be the case if a write were actually performed to the drives before being acknowledged. This is possible because the mirroring and power failure handling help ensure the integrity of cached write data.

In addition to dramatically reducing the host write response time, write caching can often benefit back-end drive performance by:

- Merging multiple writes to the same blocks so that many drive writes are eliminated
- Merging multiple small writes into single larger drive writes so that the operation is more efficient
- Merging multiple small writes to a RAID 5 or RAID MP LD into full-stripe writes so that it is not necessary to read the old data for the stripe from the drives
- Delaying the write operation so that it can be scheduled at a more suitable time

## Fast RAID 5

The architectural design of the HP 3PAR StoreServ Storage systems and HP 3PAR Operating System enables RAID 5 redundancy with performance levels that are on par with RAID 1 mirroring. This implementation combines the HP 3PAR ASIC, a large, battery-backed memory cache, and wide striping for reducing spindle contention to offer performance that approaches that of RAID 1, thus reducing the performance impact typical of RAID 5 on legacy storage architectures.

For certain workloads, Fast RAID 5 can provide higher performance than RAID 1. The write-back cache in HP 3PAR StoreServ Storage systems allows sequential writes (as generated by transaction journals, logs, and similar performance-sensitive workloads) to be collected until a full parity group can be written, reducing disk I/O traffic and possible back-end bottlenecks. Given its layout algorithm, Fast RAID 5 is appropriate for volumes that are dominated by read activity. HP 3PAR StoreServ Storage systems allow selection of the number of data blocks per parity block (N+1) to suit different needs. For RAID 5, 3+1 is the default, but any value from 2+1 to 8+1 can be selected. Higher values of N result in higher storage efficiency, but can reduce the chances for full-stripe writes. HP customers using HP 3PAR StoreServ Storage arrays typically choose HP 3PAR Fast RAID 5 for most or all volumes, as Fast RAID 5 minimizes the performance disadvantages associated with traditional RAID 1 while providing greater storage efficiency.

46.    Additionally, HPE has been, and currently is, an active inducer of infringement of

the '586 patent under 35 U.S.C. § 271(b) and a contributory infringer of the '586 patent under 35

U.S.C. § 271(c).

47.    HPE has actively induced, and continues to actively induce, infringement of the

'586 patent by intending that others use, offer for sale, or sell in the United States, products and/or

services covered by one or more claims of the '586 patent, including but not limited to HPE 3PAR

StoreServ product offerings, as well as any HPE product and/or service, alone or in combination,

that operates in materially the same manner. HPE provides these products and/or services to others,

such as customers, resellers and end-user customers, who, in turn, in accordance with HPE's

design, intent and directions, use, provision for use, offer for sale, or sell in the United States the foregoing products and/or services that directly infringe one or more claims of the '586 patent as described above.  HPE's inducement includes the directions and instructions found at one or more of the following, the content of which is described in detail above:

- http://docs.media.bitpipe.com/io_12x/io_125180/item_1206898/HP%203PAR%20StoreServ%20Architecture%20TWP%20JUN15%204AA3-3516ENW.pdf
- https://www.hpe.com/psnow/doc/4aa3-3516enw?jumpid=in_lit-psnow-red
- https://manualzz.com/doc/48051805/hpe-3par-command-line-interface-administrator-guide
- http://www.hp.com/hpinfo/newsroom/press_kits/2013/HPDiscoverBarcelona/3PAR_StoreServ_Family_Brochure.pdf

48.    HPE has contributed to, and continues to contribute to, the infringement of the '586 patent by others by knowingly providing one or more components that, when installed, configured and used result in systems that as intended by HPE described above, directly infringe one or more claims of the '586 patent.

49.    HPE knew of the '586 patent, or should have known of the '586 patent, but was willfully blind to its existence.  Upon information and belief, HPE has had actual knowledge of the '586 patent since at least as early as the receipt of IV's June 10, 2021 notice letter and service upon HPE of this Complaint.

50.    By the time of trial, HPE will or should have known and intended (since receiving such notice) that its continued actions would infringe and actively induce and contribute to the infringement of one or more claims of the '586 patent.

51.    HPE has committed, and continues to commit, contributory infringement by, *inter alia*, knowingly selling products and/or services that when used cause the direct infringement of one or more claims of the '586 patent by a third party, and which have no substantial non-infringing uses, or include one or more separate and distinct components such as software especially made

or adapted for use in infringement of the '586 patent that are not staple articles or commodities of commerce suitable for substantial non-infringing use.

## COUNT II
(HPE's Infringement of U.S. Patent No. 7,464,240)

52.    Paragraphs 1-51 are reincorporated by reference as if fully set forth herein.

53.    The inventions claimed in the '240 patent, taken alone or in combination, were not well-understood, routine or conventional to one of ordinary skill in the art at the time of the invention.  Rather, the '240 patent claims and teaches, *inter alia*, an improved way to access and use both volatile and non-volatile memory to significantly increase IOPS and extend the life of non-volatile, solid-state memory via a unique supervisory scheme and novel controller.  The inventions improved upon then existing data-management technology by presenting a storage resource accessible via a controller to a host computer (host or hosts), and then using the controller to manage data writes and reads coming from a host using both volatile (e.g., DRAM), and non-volatile memory (e.g., SSD/flash storage), such that the use of volatile memory is maximized for speed and efficiency, while the use of non-volatile memory for persistent storage occurs in a manner that minimizes degradation of its media through, for example, continuous write operations. This allowed for significantly increased speed for users, as well as a greatly extended lifespan of the solid-state storage hardware itself that was not possible in the prior art.

54.    The inventions represented a technical solution to an unsolved technological problem.  The written description of the '240 patent describes, in technical detail, each of the limitations in the claims, allowing a person of skill in the art to understand what those limitations cover, and therefore, what was claimed and also understand how the non-conventional and non-generic ordered combination of the elements of the claims differ markedly from what had been performed in the industry prior to the inventions of the '240 patent.  More specifically, the claims

of the '240 patent recite methods and systems for providing solid-state drives comprising volatile and non-volatile memory, a controller to manage read and write requests to the volatile and non-volatile memory, whereupon receiving a write request that includes an address and data the controller determines if the address is referenced at a first location in volatile memory, and if so, overwrites the data in that first location. If not so referenced, however, the controller writes the data to a second location marked as available for writing in the volatile memory, associating the second location with the address. Further, upon receiving a read request, including an address, the controller determines if the address is referenced in any location in the volatile portion, and if so, reading data from that location, and if not, reading data from the address in the non-volatile memory. Additionally, the controller periodically compares valid data volume in the volatile memory with a preset threshold, and upon exceeding the threshold, selects and moves data that has been longest in the volatile memory without alteration from the volatile to the non-volatile memory, and marks the locations from which the data is moved as available for writing in the volatile portion.

55.    The system covered by the asserted claims, therefore, differs markedly from the prior systems in use at the time of this invention, which, *inter alia*, lacked at least the claimed combination of volatile and non-volatile memory, controller, volatile memory threshold and de-staging scheme.

56.    The '240 patent is drawn to solving a specific, technical problem arising in the context of data storage, access and management. Consistent with the problem addressed being rooted in such data management technology, the solutions disclosed in the '240 patent consequently are also rooted in that same technology and cannot be performed with pen and paper or in the human mind.

57.    HPE has directly infringed, and continues to directly infringe, literally and/or by the doctrine of equivalents, individually and/or jointly, at least claim 1 of the '240 patent by making, using, testing, selling, offering for sale and/or importing into the United States products and/or services covered by one or more claims of the '240 patent.  HPE's products and/or services that infringe the '240 patent include, but are not limited to, HPE 3PAR StoreServ Storage system, and any other HPE products and/or services, either alone or in combination, that operate in substantially the same manner (together the "Accused '240 Products").

58.    Claim 1 of the '240 patent is reproduced below:

*1. A solid-state drive comprising;*

*a volatile memory;*

*a non-volatile memory; and*

*a controller for managing read and write requests to the volatile and non-volatile memories;*

*wherein upon receiving a write request including an address and data, the controller determines if the address is referenced at a first location in the volatile memory, and if so, overwrites any data at the first location, and if not referenced in a first location, writes the data to a second location marked as available for writing in the volatile memory, associating the second location with the address, and wherein upon receiving a read request including an address, the controller determines if the address is referenced in at any location in the volatile portion, and if so, reading data from that location, and if not, reading data from the address in the non-volatile memory, and wherein the controller periodically compares valid data volume in the volatile memory with a preset threshold, and upon exceeding the threshold, selects and moves data that has been longest in the volatile memory without alteration from the volatile to the non-volatile memory, and marks the locations from which the data is moved as available for writing in the volatile portion.*

59.    The Accused '240 Products provide a solid-state drive comprising volatile memory and non-volatile memory.  As one non-limiting example, the Accused '240 Products include the HPE 3PAR storage system which has both DRAM cache and Flash cache, as illustrated below:

Introduction to Memory Driven Flash

NVMe is a new protocol to better access PCI-e attached nonvolatile memory called Storage Class Memory (SCM). HPE 3PAR Memory Driven Flash uses Storage Class Memory and NVMe to produce a level 2 (L2) caching between the storage array, DRAM and the SSDs. This L2 caching process enables a mechanism to access data to be read into DRAM at a lower latency than having to go all the way back to SSDs to get the data again. It's a helper in between the SSDs and DRAM.





**Converged Flash**

Near all-flash performance with true extension of DRAM cache to SSD

## Turning flash into cache

Just as storage controllers are limited for DRAM cache they can support, spinning media is limited in the performance it can deliver. However, by using SSDs to extend system cache, it is possible to leverage the low latency and high bandwidth offered by flash-based media while taking advantage of the larger and more economical capacities offered by HDDs.

**Adaptive Flash Cache**

HP 3PAR Adaptive Flash Cache is a built-in functionality of the HP 3PAR StoreServ that allows SSDs to act as Level-2 read cache holding random read data that has aged out of DRAM read cache. Adaptive flash cache automatically reduces application response time for read intensive I/O workloads and improves write throughput in mixed-workload environment. Adaptive Flash Cache effectively increases the amount of random read data cached on high-speed media on a node. By doing this, Adaptive Flash Cache can increase the overall random read IOPS an array can deliver by "unloading" the back end of the array and also result in increased write throughput. Using SSDs as Level-2 read cache to hold random read data that has aged out of DRAM cache is a cost-effective way of keeping more random read data on very fast media to improve overall system performance. An HP 3PAR StoreServ 20800 system can be configured with up to 32 TB of Flash Cache.

60.    Furthermore, the Accused '240 Products provide a controller for managing read and write requests to the volatile and non-volatile memories. For instance, the HPE 3PAR storage system includes an HPE ASIC controller and/or a CPU that manages access to and use of the systems DRAM and Flash storage, as seen below:

## HP 3PAR StoreServ hardware architecture overview

Each HP 3PAR StoreServ Storage system features a high-speed, full-mesh passive backplane that joins multiple controller nodes (the high-performance data movement engines of the HP 3PAR StoreServ Architecture) to form a cache-coherent, Mesh-Active cluster. This low-latency interconnect allows for tight coordination among the controller nodes and a simplified software model.

**Converged Flash**

Near all-flash performance with true extension of DRAM cache to SSD

## Turning flash into cache

Just as storage controllers are limited for DRAM cache they can support, spinning media is limited in the performance it can deliver. However, by using SSDs to extend system cache, it is possible to leverage the low latency and high bandwidth offered by flash-based media while taking advantage of the larger and more economical capacities offered by HDDs.

## Adaptive Flash Cache

HP 3PAR Adaptive Flash Cache is a built-in functionality of the HP 3PAR StoreServ that allows SSDs to act as Level-2 read cache holding random read data that has aged out of DRAM read cache. Adaptive flash cache automatically reduces application response time for read intensive I/O workloads and improves write throughput in mixed-workload environment. Adaptive Flash Cache effectively increases the amount of random read data cached on high-speed media on a node. By doing this, Adaptive Flash Cache can increase the overall random read IOPS an array can deliver by "unloading" the back end of the array and also result in increased write throughput. Using SSDs as Level-2 read cache to hold random read data that has aged out of DRAM cache is a cost-effective way of keeping more random read data on very fast media to improve overall system performance. An HP 3PAR StoreServ 20800 system can be configured with up to 32 TB of Flash Cache.

**Figure 9.** Data transfer paths



61.     The Accused '240 Products' controller further, upon receiving a write request including an address and data, determines if the address is referenced at a first location in the volatile memory.   For instance, when the 3PAR storage system receives a write request the system's controller first checks the DRAM cache, as illustrated below:

Figure 9 shows an overview of data transfers in an HP 3PAR StoreServ Storage system with two simple examples: a write operation from a host system to a RAID 1 volume (lines labeled W1 through W4), and a read operation (Gray lines labeled R1 and R2). Only the data transfer operations are shown, not the control transfers.

The write operation consists of:

- **W1:** Host writes data to cache memory on a controller node
- **W2:** The write data is automatically mirrored to another node across the high-speed backplane link so that the write data is not lost even if the first node experiences a failure; only after this cache mirror operation is completed is the host's write operation acknowledged
- **W3** and **W4:** The write data is written to two separate drives (D1 and D1'), forming the RAID 1 set

**Figure 9.** Data transfer paths



### Caching 101

Let's start at the beginning, cache is traditionally memory that acts as a
buffer between IO requests and disk, temporarily storing data to reduce
the service time of requests. The cache will contain a mixture of write
requests that are waiting to be destaged to disk and data related to reads
that have recently been requested or prefetched using a read ahead
algorithm. Each read or write request that arrives at the SAN will first
check if the data is in cache and if it finds it this is called a cache
hit. The response time to the host will be significantly quicker than if

**Cache**

When dealing with writes, the controller cache is typically used in one of two ways: write-
through or write-back. In write-through mode, data is written to volatile cache and then to
disk, and only acknowledged as written once the data resides on the non-volatile disk. Write-
back mode allows the controller to acknowledge the data as having been written as soon as it is
held in cache. This allows the cache to buffer writes quickly and then write them to the slower
disk when the disk has cycles to accept I/O. The greater your cache size, the more data that can
be buffered, ultimately resulting in better performance as measured in both IOPS and

Cache is a technique of storing a copy of data temporarily in rapidly accessible storage memory. Cache stores most recently used words in small memory to increase the speed in which a data is accessed. It acts like a buffer between RAM and CPU and thus increases the speed in which data is available to the processor.

Whenever a Processor wants to **write** a word, it checks to see if the address it wants to write the data to, is present in the cache or not. If address is present in the cache i.e., **Write Hit**.

We can update the value in the cache and avoid a expensive main memory access.But this results in **Inconsistent Data** Problem.As both cache and main memory have different data, it will cause problem in two or more devices sharing the main memory (as in a multiprocessor system).
This is where **Write Through** and **Write Back** comes into picture.

62.     In addition, the Accused '240 Products, upon determining that the address is referenced in the volatile memory, overwrite any data at that location.  For example, the HPE 3PAR storage system operates in write-back cache mode, as illustrated below:

# Managing write-back cache behavior

Write-back cache is a storage methodology in which data is written into the cache and then confirmed back to the host by the O/S before it is written (flushed) to the external storage. The advantage of this industry-standard practice is increased I/O performance. Flushing occurs via internal O/S algorithms. During unexpected events, such as power loss, data in cache is saved and restored via HPE 3PAR StoreServ Storage internal software.

Write-through cache confirms I/O completion to the host only after the data is flushed to the external storage, to ensure the data is safely written to the external storage.

When the array is in a write-back cache state, data in cache is protected by a hardware design that leverages battery backup should an array suffer power loss. This is true regardless of single-node or all nodes online state.

Prior to 3.3.1, the HPE 3PAR StoreServ Storage system would enter write-through cache mode whenever it entered a single-node state. Write-back cache offers improved performance when in a single-node state.



Cache is a technique of storing a copy of data temporarily in rapidly accessible storage memory. Cache stores most recently used words in small memory to increase the speed in which a data is accessed. It acts like a buffer between RAM and CPU and thus increases the speed in which data is available to the processor.

Whenever a Processor wants to **write** a word, it checks to see if the address it wants to write the data to, is present in the cache or not. If address is present in the cache i.e., **Write Hit**.

We can update the value in the cache and avoid a expensive main memory access.But this results in **Inconsistent Data** Problem.As both cache and main memory have different data, it will cause problem in two or more devices sharing the main memory (as in a multiprocessor system).
This is where **Write Through** and **Write Back** comes into picture.

## 2. Cache operations ↑top



Cache configurations: 32KB cache, 2 way; 64B

Fig.1 - A cache organization.

- **initial**: all blocks are **Invalid** (I=0, cold start);
- **read miss**: target block is **Invalid**, or no tag match; the processor retrieves the entire 64B line to put into cache, termed as **cacheline fill**;
- **read hit**: matched tag is found, directly fetches the data from cache;
- **write miss**: when the processor wants to write an operand to memory, it first checks if the block is already in cache. Unfortunately, the write refers to a memory location that not currently in cache, which causes the processor to perform a cacheline-fill (**write allocation**) and then proceeds to modify the value of the operand in cache without writing directly to memory;
- **write hit**: the location is being held in cache, directly write (no eviction);
- **write back**: when doing allocation for read/write misses, a line needed to be evicted for the newly fetched block; if the existing cache line is dirty, do a write-back.

63.     The Accused '240 Products further, upon a determination that the address is not referenced in a first location in the volatile memory, write the data to a second location marked as available for writing in the volatile memory and associate that second location with the address. For example, when the HPE 3PAR storage system receives a "write miss," it issues a "write-allocate" and writes data to the open space in the DRAM cache, as seen below:

## 2. Cache operations ↑top



Cache configurations: 32KB cache, 2 way; 64B

Fig.1 - A cache organization.

- **initial**: all blocks are **Invalid** (I=0, cold start);
- **read miss**: target block is **Invalid**, or no tag match; the processor retrieves the entire 64B line to put into cache, termed as **cacheline fill**;
- **read hit**: matched tag is found, directly fetches the data from cache;
- **write miss**: when the processor wants to write an operand to memory, it first checks if the block is already in cache. Unfortunately, the write refers to a memory location that not currently in cache, which causes the processor to perform a cacheline-fill (**write allocation**) and then proceeds to modify the value of the operand in cache without writing directly to memory;
- **write hit**: the location is being held in cache, directly write (no eviction);
- **write back**: when doing allocation for read/write misses, a line needed to be evicted for the newly fetched block; if the existing cache line is dirty, do a write-back.

## 3. Cache write policies ↑top

**if data is already in the cache ...**

- **No-write**: writes invalidate the cache and go directly to memory
- **Write-through**: writes go to main memory and cache
- **Write-back**: CPU writes only to cache; cache writes to main memory when the dirty block is later evicted.

**if data is not in the cache**

- **Write-allocate**: allocate a cache line (put it in cache) for new data (and maybe write-through)
- **No-write-allocate**: write it directly to memory without allocation

# Managing write-back cache behavior

Write-back cache is a storage methodology in which data is written into the cache and then confirmed back to the host by the O/S before it is written (flushed) to the external storage. The advantage of this industry-standard practice is increased I/O performance. Flushing occurs via internal O/S algorithms. During unexpected events, such as power loss, data in cache is saved and restored via HPE 3PAR StoreServ Storage internal software.

Write-through cache confirms I/O completion to the host only after the data is flushed to the external storage, to ensure the data is safely written to the external storage.

When the array is in a write-back cache state, data in cache is protected by a hardware design that leverages battery backup should an array suffer power loss. This is true regardless of single-node or all nodes online state.

Prior to 3.3.1, the HPE 3PAR StoreServ Storage system would enter write-through cache mode whenever it entered a single-node state. Write-back cache offers improved performance when in a single-node state.

64.    The Accused '240 Products additionally, upon receiving a read request including an address, provide for the controller to determine if the address is referenced in any location in the volatile memory, and if so, read data from that location, and if not, read the data from the address in the non-volatile memory. For example, the HPE 3PAR storage system first attempts to read requested data from DRAM but if there is no DRAM hit, then it checks the flash-based cache, as shown below:

We can see the process with reads is where it gets interesting. When a read request is received DRAM is still used as the primary cache and is checked first, next the AFC is checked and if the data is present on the SSD's a cache hit is registered and the data does not need to be serviced from spinning disk.



65.    The Accused '240 Products' controller, additionally periodically compares valid data volume in the volatile memory with a preset threshold.  For example, the HPE 3PAR storage system's controller uses a de-staging scheme whereby a DRAM cash utilization threshold of 90% is maintained, which if reached, triggers de-staging of cold data to the flash-based storage, as shown below:

**Moving data from a node's DRAM read cache into Adaptive Flash Cache**

Data in a node's DRAM read cache starts to destage to Flash Cache when the node's DRAM memory becomes 90 percent full. Read data is copied from a node's DRAM cache to Flash Cache when the caching algorithms are looking to free up CMPs in a node's DRAM memory and a read CMP is chosen to be freed up. If the read CMP to be freed meets the criteria described below, it will be destaged (copied) to Flash Cache before the DRAM CMP containing the data is marked as free (available for reuse).

With HPE 3PAR Adaptive Cache enabled, the system satisfies read requests by using DRAM cache up to a threshold of 90 percent utilization, at which point small blocks of random read data are automatically destaged to the virtualized cache extension created from SSD capacity. Similarly depending on the I/O request small block random write requests will be de-staged from DRAM to Adaptive Flash Cache.

HP's Answer

3Par had a hole in its armour given that the competition has long had flash cache
available as part of their storage systems. HP has now plugged this gap with a
technology it is calling HP Adaptive Flash Cache. A standard 3Par provides DRAM
memory within the controllers for caching as the DRAM starts to become full data
is flushed to disk so it is no longer available to cache. In a system enabled with
Advance Flash Cache the DRAM will continue to be the primary cache for the system
however when the DRAM becomes 90% full instead of the data being flushed to disk
it will destaged to the SSD's in the system, future host I/O will be redirected
and served from flash cache. Data is selectively destaged from DRAM to Advanced
Flash Cache in 16Kb pages. The pages rejected from being admitted to the Advanced
Flash Cache are those that are least likely to produce a hit and include I/O
larger than 64KB, sequential read/writes plus data that is already stored on SSD.

Your data has a temperature. In fact, it might have several. Knowing its
temperature will help you know how to manage it. Multitemperature data
management refers to the frequency of accessing data in storage. The
classifications are often referred to as hot, warm and cold (see Table 1). Hot
data is frequently accessed on faster storage, warm data is accessed less
frequently and stored on slightly slower storage, and cold data is rarely
accessed and stored on even slower storage.

available to cache. In a system enabled with Advance Flash Cache the DRAM
will continue to be the primary cache for the system however when the DRAM
becomes 90% full instead of the data being flushed to disk it will
destaged to the SSD's in the system, future host I/O will be redirected
and served from flash cache. Data is selectively destaged from DRAM to
Advanced Flash Cache in 16Kb pages. The pages rejected from being admitted
to the Advanced Flash Cache are those that are least likely to produce a
hit and include I/O larger than 64KB, sequential read/writes plus data
that is already stored on SSD.

66.     The Accused '240 Products, further, upon exceeding the threshold, select and move data that has been longest in the volatile memory without alteration from the volatile to the non-volatile memory, and mark the locations from which the data is moved as available for writing in the volatile portion.  For instance, after exceeding the 90% usage threshold for the DRAM, the coldest data is de-staged to flash memory, as seen below:

With HPE 3PAR Adaptive Cache enabled, the system satisfies read requests by using DRAM cache up to a threshold of 90 percent utilization, at which point small blocks of random read data are automatically destaged to the virtualized cache extension created from SSD capacity. Similarly depending on the I/O request small block random write requests will be de-staged from DRAM to Adaptive Flash Cache.

available to cache. In a system enabled with Advance Flash Cache the DRAM will continue to be the primary cache for the system however when the DRAM becomes 90% full instead of the data being flushed to disk it will destaged to the SSD's in the system, future host I/O will be redirected and served from flash cache. Data is selectively destaged from DRAM to Advanced Flash Cache in 16Kb pages. The pages rejected from being admitted to the Advanced Flash Cache are those that are least likely to produce a hit and include I/O larger than 64KB, sequential read/writes plus data that is already stored on SSD.

To ensure consistent random I/O performance with flash media even under mixed workload conditions, the 3PAR caching algorithm breaks down large sequential I/O into smaller blocks before sending them to the backend. Designed to serve unpredictable multitenant workloads, this caching algorithm also adjusts autonomically to changes in workload patterns. For example, Autonomic Cache Offload eliminates cache bottlenecks by automatically changing the frequency at which data is offloaded from cache to flash-based media using cache utilization rates. Another important aspect of the cache offload algorithm is the determination of which cached data should be flushed to the backend. HP 3PAR StoreServ Storage keeps track of read cache hits and keeps hot data in cache itself, thereby lowering latencies of frequently accessed data. Most importantly, with HP 3PAR StoreServ Storage, you get all of these performance and latency advantages without having to introduce and support an entirely new flash-based storage architecture or silo into your IT environment.

Your data has a temperature. In fact, it might have several. Knowing its temperature will help you know how to manage it. Multitemperature data management refers to the frequency of accessing data in storage. The classifications are often referred to as hot, warm and cold (see Table 1). Hot data is frequently accessed on faster storage, warm data is accessed less frequently and stored on slightly slower storage, and cold data is rarely accessed and stored on even slower storage.

67.    Additionally, HPE has been, and currently is, an active inducer of infringement of the '240 patent under 35 U.S.C. § 271(b) and a contributory infringer of the '240 patent under 35 U.S.C. § 271(c).

68.    HPE has actively induced, and continues to actively induce, infringement of the '240 patent by intending that others use, offer for sale, or sell in the United States, products and/or services covered by one or more claims of the '240 patent, including but not limited to HPE 3PAR StoreServ Storage system, as well as any HPE product and/or service, alone or in combination, that operates in materially the same manner.  HPE provides these products and/or services to others, such as customers, resellers and end-user customers, who, in turn, in accordance with HPE's design, intent and directions, use, provision for use, offer for sale, or sell in the United States the foregoing products and/or services that directly infringe one or more claims of the '240 patent as described above.  HPE's inducement includes the directions and instructions found at one or more of the following, the content of which is illustrated in detail above:

- https://community.hpe.com/t5/Around-the-Storage-Block/HPE-3PAR-Memory-Driven-Flash-on-the-HPE-3PAR-array-with-Oracle/ba-p/7034467#.YK7HfS9h2X0
- https://psnow.ext.hpe.com/doc/4aa5-5397enw?jumpid=in_lit-psnow-red
- http://docs.media.bitpipe.com/io_12x/io_125180/item_1206898/HP%203PAR%20StoreServ%20Architecture%20TWP%20JUN15%204AA3-3516ENW.pdf
- http://cdn.cnetcontent.com/37/43/3743dac7-d776-4c87-958a-64857ab990c7.pdf
- http://docs.media.bitpipe.com/io_12x/io_125180/item_1206898/HP%203PAR%20StoreServ%20Architecture%20TWP%20JUN15%204AA3-3516ENW.pdf
- https://manualzz.com/doc/48051805/hpe-3par-command-line-interface-administrator-guide
- http://www.hp.com/hpinfo/newsroom/press_kits/2013/HPDiscoverBarcelona/3PAR_StoreServ_Family_Brochure.pdf

69.    HPE has contributed to, and continues to contribute to, the infringement of the '240 patent by others by knowingly providing one or more components that, when installed, configured

and used result in systems that as intended by HPE described above, directly infringe one or more claims of the '240 patent.

70.    HPE knew of the '240 patent, or should have known of the '240 patent, but was willfully blind to its existence.  Upon information and belief, HPE has had actual knowledge of the '240 patent since at least as early as receipt of IV's June 10, 2021 notice letter and the service upon HPE of this Complaint.

71.    By the time of trial, HPE will or should have known and intended (since receiving such notice) that its continued actions would infringe and actively induce and contribute to the infringement of one or more claims of the '240 patent.

72.    HPE has committed, and continues to commit, contributory infringement by, *inter alia*, knowingly selling products and/or services that when used cause the direct infringement of one or more claims of the '240 patent by a third party, and which have no substantial non-infringing uses, or include one or more separate and distinct components such as software especially made or adapted for use in infringement of the '240 patent that are not staple articles or commodities of commerce suitable for substantial non-infringing use.

73.    As a result of HPE's acts of infringement, IV has suffered and will continue to suffer damages in an amount to be paid at trial.

## COUNT III
(HPE's Infringement of U.S. Patent No. 7,882,320)

74.    Paragraphs 1-73 are reincorporated by reference as if fully set forth herein.

75.    The inventions claimed in the '320 patent, taken alone or in combination, were not well-understood, routine, or conventional to one of ordinary skill in the art at the time of the invention.  Rather, the '320 patent claims and teaches, *inter alia*, an improved data storage and management device/system including host controller interface, a plurality of microprocessor units

having volatile memory, non-volatile memory, and a dataflow controller, which collectively interoperate as described below to cost-effectively increase IOPS, extend the life of the SSD media in the non-volatile memory, and increase scalability in support of higher intensity I/O applications. The inventions improved upon then existing data storage access and management technology by controlling the structure and usage of volatile and non-volatile memory so as to decrease the latency experienced by I/Os while engaging in life-extending usage of non-volatile memory through data movement/bussing and caching, including periodic offloading of certain data from the volatile memory to the non-volatile memory.

76.    The inventions represented a technical solution to an unsolved technological problem. The written description of the '320 patent describes, in technical detail, each of the limitations in the claims, allowing a person of skill in the art to understand what those limitations cover, and therefore, what was claimed and also understand how the non-conventional and non-generic ordered combination of the elements of the claims differ markedly from what had been performed in the industry prior to the inventions of the '320 patent. More specifically, the claims of the '320 patent recite systems/devices including a host controller interface, a plurality of microprocessor units each having a portion of random-access volatile memory with a preset threshold for valid data. Additionally, each system/device includes a plurality of non-volatile memory configurations each having a dedicated bus connection to one or more of the microprocessor units. Each system/device further includes a dataflow controller accessible to the host controller interface for managing access to the device configurations, where the controller periodically compares valid data volume in the RAM portion associated with each microprocessor with the preset threshold. Upon meeting or exceeding the threshold, the controller selects and moves data that has been in the volatile memory for the longest without alteration to the non-

volatile memory bussed to said microprocessor, and marks locations from which data is moved as available for writing in the volatile portion.

77.    The system covered by the asserted claims, therefore, differs markedly from the prior systems in use at the time of this invention, which, *inter alia*, lacked the claimed combination of host controller interface, plurality of microprocessors with volatile and non-volatile memory associated therewith, dedicated bus connections and dataflow controller for managing access to the memory and moving, upon exceeding a threshold, cold data from the volatile to the non-volatile memory.

78.    The '320 patent is drawn to solving a specific, technical problem arising in the context of high-performance and scalable mass storage access and management devices/systems. Consistent with the problem addressed being rooted in such data storage and access technology, the solutions disclosed in the '320 patent consequently are also rooted in that same technology and cannot be performed with pen and paper or in the human mind.

79.    HPE has directly infringed, and continues to directly infringe, literally and/or by the doctrine of equivalents, individually and/or jointly, at least claim 1 of the '320 patent by making, using, testing, selling, offering for sale and/or importing into the United States products and/or services covered by one or more claims of the '320 patent.  HPE's products and/or services that infringe the '320 patent include, but are not limited to, the HPE 3PAR StoreServ Storage system, and any other HPE products and/or services, either alone or in combination, that operate in substantially the same manner (together the "Accused '320 Products").

80.    Claim 1 of the '320 patent is reproduced below:

*1. A data storage device comprising:*

*a host controller interface;*

*a plurality of microprocessor units each having a portion of random access volatile memory (RAM) dedicated thereto, the RAM portion having a preset threshold for valid data;*

*a plurality of non-volatile memory device configurations each having dedicated bus connections to individual ones or multiples of the microprocessor units;*

*a dataflow controller accessible to the host controller interface for managing access to the device configurations;*

*wherein the dataflow controller periodically compares valid data volume in the RAM portion associated with each microprocessor with the preset threshold, and upon a threshold being met or exceeded, selects and moves data that has been longest in the volatile memory portion without alteration from the RAM portion to the non-volatile memory bussed to that microprocessor, and marks locations from which the data is moved as available for writing in the volatile portion.*

81.    The Accused '320 Products provide a data storage device comprising a host controller interface, and a plurality of microprocessor units each having a portion of random access volatile memory and a preset threshold for valid data.  As one non-limiting example, the Accused '320 Products include the HPE 3PAR storage system that includes a plurality of HPE ASICs and/or CPUs, volatile DRAM and software implementing a 90% DRAM use threshold, as seen below:



The models over the past few years
feature the ASIC generation as follows:

* 3PAR 8000 and 20, 000 - GEN 5
* 3PAR 7000 and 10,000 - GEN 4
* 3PAR F and T - GEN3

With HPE 3PAR Adaptive Flash Cache



With HPE 3PAR Adaptive Cache enabled, the system satisfies read requests by using DRAM cache up to a threshold of 90 percent utilization, at which point small blocks of random read data are automatically destaged to the virtualized cache extension created from SSD capacity. Similarly depending on the I/O request small block random write requests will be de-staged from DRAM to Adaptive Flash Cache.

82.     Furthermore, the Accused '320 Products provide a plurality of non-volatile memory device configurations each having dedicated bus connections to individual ones or multiples of the microprocessor units.  For instance, the HPE 3PAR storage system includes non-volatile flash-based storage cache in addition to the DRAM cache, which is directly connected and/or accessible to each ASIC and or CPU, as seen below:

20K
with 8 nodes



Any volume exists behind
- **Every** Drive
- **Every** Node
- **Every** Port



With HPE 3PAR Adaptive Cache enabled, the system satisfies read requests by using DRAM cache up to a threshold of 90 percent utilization, at which point small blocks of random read data are automatically destaged to the virtualized cache extension created from SSD capacity. Similarly depending on the I/O request small block random write requests will be de-staged from DRAM to Adaptive Flash Cache.



Each HPE 3PAR Storage system features a high-speed, full-mesh passive interconnect that joins multiple controller nodes (the high-performance data movement engines of the HPE 3PAR Architecture) to form a Mesh-Active cluster. This low-latency interconnect allows for tight coordination among the controller nodes to create a system-wide cache which is global, coherent and fault tolerant.

In every HPE 3PAR Storage system, each controller node has a dedicated link to each of the other nodes that operates at 4 GiB/s in each direction. In an HPE 3PAR 20800 Storage system, a total of 56 of these links form the array's full-mesh backplane. In addition, each controller node may have one or more paths to hosts—either directly or over a storage area network (SAN). The clustering of controller nodes enables the system to present hosts with a single, highly available, high-performance storage system. This means that servers can access volumes over any host-connected port—even if the physical storage for the data is connected to a different controller node. This is achieved through an extremely low-latency data transfer across the high-speed, full-mesh backplane.



**Figure 9.** Data transfer paths

83.    The Accused '320 Products further provide a dataflow controller accessible to the host controller interface for managing access to the device configurations.  For instance, the HPE 3PAR storage system includes, host ports, ASIC/CPUs (including full-mesh backplane) and flash-based storage cache, managed by the 3PAR Operating System, which provides access to device configurations (e.g., access to SSDs/HDDs), as illustrated below:

The models over the past few years feature the ASIC generation as follows:

* 3PAR 8000 and 20, 000 – GEN 5
* 3PAR 7000 and 10,000 – GEN 4
* 3PAR F and T – GEN3



**Figure 9.** Data transfer paths



**HPE 3PAR Operating System (OS) Software Suite is the foundation software of HPE 3PAR StoreServ 7000 and 10000 Storage, combining advanced virtualization capabilities with simple storage management, high efficiency, and world class performance. The included comprehensive thin provisioning capabilities allow users storage to start thin, get thin and stay thin. System tuner and autonomic rebalance help maintain high performance over time.**

Each HPE 3PAR Storage system features a high-speed, full-mesh passive interconnect that joins multiple controller nodes (the high-performance data movement engines of the HPE 3PAR Architecture) to form a Mesh-Active cluster. This low-latency interconnect allows for tight coordination among the controller nodes to create a system-wide cache which is global, coherent and fault tolerant.

In every HPE 3PAR Storage system, each controller node has a dedicated link to each of the other nodes that operates at 4 GiB/s in each direction. In an HPE 3PAR 20800 Storage system, a total of 56 of these links form the array's full-mesh backplane. In addition, each controller node may have one or more paths to hosts—either directly or over a storage area network (SAN). The clustering of controller nodes enables the system to present hosts with a single, highly available, high-performance storage system. This means that servers can access volumes over any host-connected port—even if the physical storage for the data is connected to a different controller node. This is achieved through an extremely low-latency data transfer across the high-speed, full-mesh backplane.

84.     In addition, the Accused '320 Products operate such that the dataflow controller periodically compares valid data volume in the RAM portion associated with each microprocessor with the preset threshold.  For example, the HPE 3PAR storage system's ASICs/CPUs, under the control of the 3PAR operating system, enforce a preset utilization threshold for the system's volatile DRAM, as illustrated below:

With HPE 3PAR Adaptive Cache enabled,
the system satisfies read requests by using
DRAM cache up to a threshold of 90 percent
utilization, at which point small blocks of
random read data are automatically destaged
to the virtualized cache extension created
from SSD capacity. Similarly depending on the
I/O request small block random write requests
will be de-staged from DRAM to Adaptive
Flash Cache.

**HPE 3PAR Operating System (OS) Software Suite is the foundation
software of HPE 3PAR StoreServ 7000 and 10000 Storage, combining
advanced virtualization capabilities with simple storage management, high
efficiency, and world class performance. The included comprehensive thin
provisioning capabilities allow users storage to start thin, get thin and stay
thin. System tuner and autonomic rebalance help maintain high
performance over time.**

HP's Answer

3Par had a hole in its armour given that the competition has long had flash cache
available as part of their storage systems. HP has now plugged this gap with a
technology it is calling HP Adaptive Flash Cache. A standard 3Par provides DRAM
memory within the controllers for caching as the DRAM starts to become full data
is flushed to disk so it is no longer available to cache. In a system enabled with
Advance Flash Cache the DRAM will continue to be the primary cache for the system
however when the DRAM becomes 90% full instead of the data being flushed to disk
it will destaged to the SSD's in the system, future host I/O will be redirected
and served from flash cache. Data is selectively destaged from DRAM to Advanced
Flash Cache in 16Kb pages. The pages rejected from being admitted to the Advanced
Flash Cache are those that are least likely to produce a hit and include I/O
larger than 64KB, sequential read/writes plus data that is already stored on SSD.

### Moving data from a node's DRAM read cache into Adaptive Flash Cache

Data in a node's DRAM read cache starts to destage to Flash Cache when the node's DRAM memory becomes 90 percent full. Read data is
copied from a node's DRAM cache to Flash Cache when the caching algorithms are looking to free up CMPs in a node's DRAM memory and a
read CMP is chosen to be freed up. If the read CMP to be freed meets the criteria described below, it will be destaged (copied) to Flash Cache
before the DRAM CMP containing the data is marked as free (available for reuse).

available to cache. In a system enabled with Advance Flash Cache the DRAM
will continue to be the primary cache for the system however when the DRAM
becomes 90% full instead of the data being flushed to disk it will
destaged to the SSD's in the system, future host I/O will be redirected
and served from flash cache. Data is selectively destaged from DRAM to
Advanced Flash Cache in 16Kb pages. The pages rejected from being admitted
to the Advanced Flash Cache are those that are least likely to produce a
hit and include I/O larger than 64KB, sequential read/writes plus data
that is already stored on SSD.

To ensure consistent random I/O performance with flash media even under mixed workload conditions, the 3PAR caching algorithm breaks down large sequential I/O into smaller blocks before sending them to the backend. Designed to serve unpredictable multitenant workloads, this caching algorithm also adjusts autonomically to changes in workload patterns. For example, Autonomic Cache Offload eliminates cache bottlenecks by automatically changing the frequency at which data is offloaded from cache to flash-based media using cache utilization rates. Another important aspect of the cache offload algorithm is the determination of which cached data should be flushed to the backend. HP 3PAR StoreServ Storage keeps track of read cache hits and keeps hot data in cache itself, thereby lowering latencies of frequently accessed data. Most importantly, with HP 3PAR StoreServ Storage, you get all of these performance and latency advantages without having to introduce and support an entirely new flash-based storage architecture or silo into your IT environment.

Your data has a temperature. In fact, it might have several. Knowing its temperature will help you know how to manage it. Multitemperature data management refers to the frequency of accessing data in storage. The classifications are often referred to as hot, warm and cold (see Table 1). Hot data is frequently accessed on faster storage, warm data is accessed less frequently and stored on slightly slower storage, and cold data is rarely accessed and stored on even slower storage.

85.    The Accused '320 Products further, upon the preset threshold being met or exceeded, select and move data that has been in the volatile memory portion without alteration the longest, to the non-volatile memory bussed to the associated microprocessor, and marks locations from which the data is moved as available for writing in the volatile portion.  For example, the HPE 3PAR storage system enforces a 90% DRAM usage threshold that, when exceeded, causes the controller to move the coldest data in DRAM to the flash-based storage cache, thereby enabling it to mark as available, locations in the DRAM previously occupied by the cold data, as seen below:

available to cache. In a system enabled with Advance Flash Cache the DRAM will continue to be the primary cache for the system however when the DRAM becomes 90% full instead of the data being flushed to disk it will destaged to the SSD's in the system, future host I/O will be redirected and served from flash cache. Data is selectively destaged from DRAM to Advanced Flash Cache in 16Kb pages. The pages rejected from being admitted to the Advanced Flash Cache are those that are least likely to produce a hit and include I/O larger than 64KB, sequential read/writes plus data that is already stored on SSD.

To ensure consistent random I/O performance with flash media even under mixed workload conditions, the 3PAR caching algorithm breaks down large sequential I/O into smaller blocks before sending them to the backend. Designed to serve unpredictable multitenant workloads, this caching algorithm also adjusts autonomically to changes in workload patterns. For example, Autonomic Cache Offload eliminates cache bottlenecks by automatically changing the frequency at which data is offloaded from cache to flash-based media using cache utilization rates. Another important aspect of the cache offload algorithm is the determination of which cached data should be flushed to the backend. HP 3PAR StoreServ Storage keeps track of read cache hits and keeps hot data in cache itself, thereby lowering latencies of frequently accessed data. Most importantly, with HP 3PAR StoreServ Storage, you get all of these performance and latency advantages without having to introduce and support an entirely new flash-based storage architecture or silo into your IT environment.

**Moving data from a node's DRAM read cache into Adaptive Flash Cache**

Data in a node's DRAM read cache starts to destage to Flash Cache when the node's DRAM memory becomes 90 percent full. Read data is copied from a node's DRAM cache to Flash Cache when the caching algorithms are looking to free up CMPs in a node's DRAM memory and a read CMP is chosen to be freed up. If the read CMP meets the criteria described below, it will be destaged (copied) to Flash Cache before the DRAM CMP containing the data is marked as free (available for reuse).

Your data has a temperature. In fact, it might have several. Knowing its temperature will help you know how to manage it. Multitemperature data management refers to the frequency of accessing data in storage. The classifications are often referred to as hot, warm and cold (see Table 1). Hot data is frequently accessed on faster storage, warm data is accessed less frequently and stored on slightly slower storage, and cold data is rarely accessed and stored on even slower storage.

With HPE 3PAR Adaptive Cache enabled, the system satisfies read requests by using DRAM cache up to a threshold of 90 percent utilization, at which point small blocks of random read data are automatically destaged to the virtualized cache extension created from SSD capacity. Similarly depending on the I/O request small block random write requests will be de-staged from DRAM to Adaptive Flash Cache.

86.     Additionally, HPE has been, and currently is, an active inducer of infringement of the '320 patent under 35 U.S.C. § 271(b) and a contributory infringer of the '320 patent under 35 U.S.C. § 271(c).

87.     HPE has actively induced, and continues to actively induce, infringement of the '320 patent by intending that others use, offer for sale, or sell in the United States products and/or services covered by one or more claims of the '320 patent, including but not limited to the HPE

3PAR StoreServ Storage system, as well as any HPE product and/or service, alone or in combination, that operates in materially the same manner. HPE provides these products and/or services to others, such as customers, resellers and end-user customers, who, in turn, in accordance with HPE's design, intent and directions, use, provision for use, offer for sale, or sell in the United States the foregoing products and/or services that directly infringe one or more claims of the '320 patent as described above. HPE's inducement includes the directions and instructions found at one or more of the following, the content of which is specifically set forth above:

- https://www.hpe.com/psnow/doc/4AA3-3516ENW
- https://support.hpe.com/hpesc/public/docDisplay?docId=emr_na-c04760444
- https://psnow.ext.hpe.com/doc/4aa5-5397enw?jumpid=in_lit-psnow-red
- http://cdn.cnetcontent.com/37/43/3743dac7-d776-4c87-958a-64857ab990c7.pdf
- http://www.hp.com/hpinfo/newsroom/press_kits/2013/HPDiscoverBarcelona/3PAR_StoreServ_Family_Brochure.pdf
- https://community.hpe.com/t5/Around-the-Storage-Block/HPE-3PAR-Memory-Driven-Flash-on-the-HPE-3PAR-array-with-Oracle/ba-p/7034467#.YK7HfS9h2X0
- http://docs.media.bitpipe.com/io_12x/io_125180/item_1206898/HP%203PAR%20StoreServ%20Architecture%20TWP%20JUN15%204AA3-3516ENW.pdf
- https://manualzz.com/doc/48051805/hpe-3par-command-line-interface-administrator-guide

88.     HPE has contributed to, and continues to contribute to, the infringement of the '320 patent by others by knowingly providing one or more components that, when installed, configured and used result in systems that as intended by HPE described above, directly infringe one or more claims of the '320 patent.

89.     HPE knew of the '320 patent, or should have known of the '320 patent, but was willfully blind to its existence. Upon information and belief, HPE has had actual knowledge of the '320 patent since at least as early as the receipt of IV's June 10, 2021 notice letter and the service upon HPE of this Complaint.

90.     By the time of trial, HPE will or should have known and intended (since receiving such notice) that its continued actions would infringe and actively induce and contribute to the infringement of one or more claims of the '320 patent.

91.     HPE has committed, and continues to commit, contributory infringement by, *inter alia*, knowingly selling products and/or services that when used cause the direct infringement of one or more claims of the '320 patent by a third party, and which have no substantial non-infringing uses, or include one or more separate and distinct components such as software especially made or adapted for use in infringement of the '320 patent that are not staple articles or commodities of commerce suitable for substantial non-infringing use.

92.     As a result of HPE's acts of infringement, IV has suffered and will continue to suffer damages in an amount to be paid at trial.

## <u>COUNT IV</u>
(HPE's Infringement of U.S. Patent No. 6,779,082)

93.     Paragraphs 1-92 are reincorporated by reference as if fully set forth herein.

94.     The inventions claimed in the '082 patent, taken alone or in combination, were not well-understood, routine or conventional to one of ordinary skill in the art at the time of the invention.  Rather, the '082 patent claims and teaches, *inter alia*, an improved way to access, store and manage data in a distributed system, providing a level of data availability and resiliency that was theretofore unattainable in a cost-effective manner.  The inventions improved upon then existing distributed network access and storage technology by providing multiple and redundant storage units that are managed by an object management system (OMS), and made accessible though the OMS from any host on the network.  By additionally improving the management scheme through the association of I/O requests with external inputs/outputs of a particular data storage unit, the '082 patent allows for the automatic duplication of data across the distributed

system, making the system highly redundant and scalable at cost-effective prices as compared to prior art storage systems.

95.     The inventions represented a technical solution to an unsolved technological problem. The written description of the '082 patent describes, in technical detail, each of the limitations in the claims, allowing a person of skill in the art to understand what those limitations cover, and therefore, what was claimed and also understand how the non-conventional and non-generic ordered combination of the elements of the claims differ markedly from what had been performed in the industry prior to the inventions of the '082 patent. More specifically, the claims of the '082 patent recite methods and systems for a data storage system comprising a network and a plurality of distributed data storage units coupled to the network and having a plurality of external inputs and outputs. Furthermore, an object management system manager unit is coupled to the plurality of distributed data storage units via the network, and both the object management system manager and plurality of distributed data units implement an object management system wherein the system preferentially selects a first one of the plurality of distributed data storage units for file access in response to a file access request provided that the file access request is associated with an external input/output of the first distributed data storage unit. Further still, the object management system is configured such that, in response to a file retrieval request that is associated with a data file and an external output of the first distributed data storage unit, the object management system preferentially returns a hostname and pathname of a copy of the data file that is stored within the first distributed data storage unit. And the object management system is also configured such that in response to a file replication request associated with a data file stored in a first distributed data storage unit, it makes a redundant copy of the data file in a second distributed storage unit for increased resiliency.

96.    The system covered by the asserted claims, therefore, differs markedly from the prior systems in use at the time of this invention, which, *inter alia*, lacked the claimed combination of a plurality of distributed data storage units coupled to a network, having a plurality of external inputs and outputs; an object management system manager coupled to the data storage units which implements an object management system; preferentially selecting a first of the data storage units for file access, the request being associated with an external input/output of one of said data storage units, preferentially returning the hostname and pathname of a copy of the requested data file, and creating a copy of a data file held in one data storage unit in a second data storage unit in response to a file replication request.

97.    The '082 patent is drawn to solving a specific, technical problem arising in the context of highly available distributed data storage access and management.  Consistent with the problem addressed being rooted in such distributed data storage access and management technology, the solutions disclosed in the '082 patent consequently are also rooted in that same technology and cannot be performed with pen and paper or in the human mind.

98.    HPE has directly infringed, and continues to directly infringe, literally and/or by the doctrine of equivalents, individually and/or jointly, at least claims 1 and 3 of the '082 patent by making, using, testing, selling, offering for sale and/or importing into the United States products and/or services covered by one or more claims of the '082 patent.  HPE's products and/or services that infringe the '082 patent include, but are not limited to, the HPE SimpliVity series of HCI solutions, and any other HPE products and/or services, either alone or in combination, that operate in substantially the same manner (together the "Accused '082 Products").

99.    Claims 1 and 3 of the '082 patent are reproduced below:

*1. A data storage system comprising:*
*a network;*

a plurality of distributed data storage units coupled to the network, the plurality of distributed data storage units having a plurality of external inputs and outputs; and

an object management system (OMS) manager unit coupled to the plurality of distributed data storage units via the network, the OMS manager unit and the plurality of distributed data storage unit implementing an object management system, wherein the object management system preferentially selects a first one of the plurality of distributed data storage units for file access in response to a file access request provided that the file access request is associated with an external input/output of the first distributed data storage unit;

wherein the object management system is configured such that, in response to a file retrieval request that is associated with a data file and an external output of the first distributed data storage unit, the object management system preferentially returns a hostname and pathname of a copy of the data file that is stored within the first distributed data storage unit.

3. The data storage system of claim 1, wherein the object management system, in response to a file replication request that is associated with a data file stored within the first distributed data storage unit, makes a redundant copy of the data file in a second one of the plurality of the distributed data storage units.

100.   The Accused '082 Products provide a data storage system.  As one non-limiting example, the Accused '082 Products include the HPE SimpliVity platform which includes a hyperconverged data storage system, as seen below:

## HPE SimpliVity hyperconverged infrastructure

Hewlett Packard Enterprise simplifies IT with true hyperconverged infrastructure. It helps eliminate the complexity and cost of deploying and running virtualized workloads, while disrupting the status quo of complex and cumbersome legacy IT systems. What's more, Hewlett Packard Enterprise delivers what modern data centers crave—the economics, agility, and ease of cloud models, coupled with on-premises IT governance for performance, protection, and other enterprise functions.

HPE SimpliVity is a software-defined hyperconverged infrastructure solution that runs on x86 industry-standard servers to deliver turnkey hyperconverged infrastructure for the software-defined data center. Clustering multiple HPE SimpliVity nodes form a shared resource pool that delivers high availability, mobility, and efficient scaling of performance and capacity.

HPE SimpliVity technology assimilates all IT infrastructure and services below the hypervisor into a single, scalable 2U building block. Two or more deployed clusters of HPE SimpliVity building blocks form a federation—a massively scalable pool of shared resources.



**Figure 1.** HPE SimpliVity technology assimilates all IT infrastructure and services below the hypervisor

SimpliVity data center (cluster) consists of a series of x86 servers that manage a hypervisor such as VMware vSphere. Servers can be procured from multiple hardware vendors with common server features, such as redundant power supplies, fans, and network cards.

SimpliVity cluster is a logical grouping of such servers – combining local storage into highly available shared storage via the Data Virtualization Platform. This arrangement makes it possible for multiple SimpliVity clusters to coexist within a physical data center or a single SimpliVity data center that expands into two physical data centers, so-called metro clusters. All data center nodes are managed by a single vCenter server forming the vSphere cluster.

An individual HPE SimpliVity node includes

1.  A compact hardware platform—A 2U industry-standard virtualized x86 platform containing compute, memory, performance-optimized SSDs and capacity-optimized HDDs protected in hardware RAID configurations, and 10GbE network interfaces.

2.  A hypervisor such as VMware vSphere®/VMware® ESXi™.

3.  HPE OmniStack Virtual Controller software running on the hypervisor.

4.  An HPE OmniStack Accelerator Card—A special-purpose PCIe card with an FPGA, flash, and DRAM, protected with super capacitors; the accelerator card offloads CPU-intensive functions such as data compression, deduplication, and optimization from the x86 processors.



**Figure 1.** The components of an HPE OmniStack node

**Lifecycle of a write I/O**

The replica set associated with a particular VM is managed on two separate HPE SimpliVity hyperconverged nodes within a cluster. The HPE OmniStack Virtual Controllers establish this peering relationship on a per VM basis. The primary HPE OmniStack Virtual Controller on the same node as the VM will share every write operation with the secondary HPE OmniStack Virtual Controller for that VM. Each HPE OmniStack Virtual Controller will then calculate and execute deduplication, compression, and optimization independently. With this approach, the persistence of every block of data is guaranteed across two HPE SimpliVity hyperconverged nodes without the overhead of all nodes tracking the details of how or where each block is stored within the cluster. In other words, disk-level resiliency is abstracted from node-level resiliency. All of this occurs automatically, including the peering process, requiring no administrative configuration. See the section on Intelligent Workload Optimizer for more details on the initial VM creation process.

     101.    Furthermore, the Accused '082 Products provide a network and a plurality of distributed data storage units coupled to the network.  For instance, the HPE SimpliVity system logically clusters storage units to form a shared storage resource pool over a network, as seen below:

HPE OmniStack is a software-defined hyperconverged infrastructure solution. Clustering multiple HPE OmniStack hyperconverged infrastructure units forms a shared resource pool and delivers high availability, mobility, and efficient scaling of performance and capacity.



**Figure 2.** Data virtualization platform spanning three HPE OmniStack nodes

Think of the NFS datastore as the entry point into the HPE SimpliVity file system. The DVP (Data Virtualization Platform) presents a simple root level file system whose contents are the directories within the NFS datastore. The DVP maps each datastore operation into an HPE SimpliVity operation, i.e., read/write, make a directory, remove a directory etc.

Each time a new VM is created or moved to an HPE SimpliVity datastore, a new folder will be created on the NFS datastore containing all the files associated with that virtual machine. Two copies of the virtual machine are automatically created within the cluster regardless of the number of nodes within that cluster (except for a single node cluster). The redundancy of all HPE SimpliVity virtual machines are N+1, excluding backups. We call these copies **data containers**.

**The data creation process: How data is stored within an HPE SimpliVity cluster**

Data associated with a VM is not spread across all hosts within a cluster, rather data associated with a VM is stored in HA pairs on two nodes within the overall cluster.

## HPE SimpliVity Global Federation enhances value

While deduplication within a single hyperconverged infrastructure system provides great efficiencies and cost savings, the additional groundbreaking value lies in HPE SimpliVity Global Federation. This network of connected HPE SimpliVity clusters provide reduced recovery time objectives (RTOs) and recovery point objectives (RPOs), lighter weight data movement, simplified global scale, and improved disaster recovery service-level agreements.



102.    The plurality of distributed data storage units of the Accused '082 Products further include a plurality of external inputs and outputs.  For instance, the HPE SimpliVity platform

provides host computer interfaces that it can use to send I/Os to and/or receive I/Os from the storage units of the Accused Products, based in part on the NFS (Network File System) protocol, as illustrated below:

**The data creation process:  How data is stored within an HPE SimpliVity cluster**

Data associated with a VM is not spread across all hosts within a cluster, rather data associated with a VM is stored in HA pairs on two nodes within the overall cluster.

Looking at the above diagram of a 4-node HPE SimpliVity cluster, from a VMware perspective all nodes are accessing a single shared SimpliVity datastore.

Think of the NFS datastore as the entry point into the HPE SimpliVity file system. The DVP (Data Virtualization Platform) presents a simple root level file system whose contents are the directories within the NFS datastore. The DVP maps each datastore operation into an HPE SimpliVity operation, i.e., read/write, make a directory, remove a directory etc.



**16.36.4. DESCRIPTION**

The WRITE operation is used to write data to a regular file. The
target file is specified by the current filehandle. The offset
specifies the offset where the data should be written. An offset of
0 (zero) specifies that the write should start at the beginning of
the file. The count, as encoded as part of the opaque data
parameter, represents the number of bytes of data that are to be
written. If the count is 0 (zero), the WRITE will succeed and return
a count of 0 (zero) subject to permissions checking. The server may
choose to write fewer bytes than requested by the client.

```
struct WRITE4args {
        /* CURRENT_FH: file */
        stateid4        stateid;
        offset4         offset;
        stable_how4     stable;
        opaque          data<>;
};
```

103.    In addition, the Accused '082 Products include an object management system (OMS) manager unit coupled to the plurality of distributed data storage units via the network, the OMS manager unit and the plurality of distributed data storage units implementing an object management system. For example, the HPE SimpliVity platform includes one or more HPE OmniStack Virtual Controllers (OVC) coupled to the system via the network, which control the HPE SimpliVity infrastructure, as illustrated below:



- **OmniStack node** – an x86 server that is the basic hardware building block of the SimpliVity hyperconverged infrastructure solution.

**HPE OmniStack Virtual Controller (OVC)**—The software stack, implemented as a single VM per node, which controls all aspects of HPE SimpliVity hyperconverged infrastructure

**HPE OmniStack Accelerator Card (OAC)**—PCIe-based device that offloads and provides acceleration of writes and data management functions within the HPE SimpliVity hyperconverged infrastructure solution

**HPE SimpliVity Data Virtualization Platform (DVP)**—A globally aware File System and Object Store with data optimization techniques that enables a coordinated collection of scalable compute and storage resource pools across multiple sites, and provides highly efficient data storage, management, and mobility

**HPE SimpliVity Federation**—A collection of one or more HPE SimpliVity Clusters and the main construct within which data is managed

### 3.3. Data Virtualization Platform

At the heart of the SimpliVity solution lies the Data Virtualization Platform—a fabric that extends across multiple OmniStack nodes in multiple globally-distributed SimpliVity Data Centers that abstracts the VM data away from the underlying hardware. In a single Data Center, the Data Virtualization Platform abstracts the underlying hardware across multiple OmniStack nodes and presents this unified storage to the hypervisor on each node as a single pool of storage. The Data Virtualization Platform performs inline data deduplication, compression, and optimization functions across all data ingested, and provides the administrator the ability to execute hardware-accelerated backup, restore, clone, and move operations of any VM residing on any SimpliVity system. Across Data Centers, the Data Virtualization Platform also allows for a single point of management, including unified policy definitions for data protection and efficient movement of data between physical locations.

The Data Virtualization Platform is a logical construct realized by OmniStack Virtual Controller software and OmniStack Accelerator Cards working in concert. It is comprised of multiple logical layers.

### 3.3.1. Presentation Layer

The Presentation Layer is responsible for the creation and presentation of datastores to the hypervisor, and maps datastore objects to the underlying Data Management Layer. These datastores are presented to vSphere via NFS using a unified namespace across all OmniStack Virtual Controllers. This is the layer that requires the majority of customization when supporting other hypervisors (for example, SMB will be utilized for Hyper-V hosts). Each OmniStack Virtual Controller maintains it's own IP and piece of the datastores, but coordinates with the others to present a single datastore to the hypervisors in the Data Center.

### 3.3.2. Data Management Layer

The Data Management Layer is responsible for the tracking and storage of all data and metadata. The Data Management Layer is further sub-divided into two other layers: the file system and object store. They work together to track and manage all metadata and blocks of physical data. All of the metadata is stored and managed as individual objects, as are the relationships of all the objects. By tracking the relationship of all the metadata object, it is easy and very efficient to create logical copies of virtual machines to create clones and backups. When creating a clone of a virtual machine, only the higher level objects representing the relationship of data need to be copied. This can be a significantly quicker operation for larger virtual machines than having to copy the underlying metadata that describe the actual blocks.

Understanding the relationship between the different objects is critical to the Data Virtualization Platform's global data efficiency as well. When moving data between sites (via Remote Backup or VM Move operations), a comparison of existing objects occurs between the sending and receiving nodes. By comparing the indexes of objects that represent the relationships between other objects, replication of both data and metadata can be as efficient as possible since only truly unique objects are transferred.

Each OmniStack Virtual Controller maintains it's own record of metadata independent of all other nodes. All of this data and metadata is deduplicated within the node regardless of datastore location or content type (i.e. ISO file, VMDK, VHD, etc.).

104.    In addition, the object management system of the Accused '082 Products preferentially selects a first one of the plurality of distributed data storage units for file access in response to a file access request.  For example, the HPE SimpliVity platform includes primary and secondary data containers. The primary container stores a copy of the active data, while the secondary container stores a backup copy.  By default, requested data is served from the primary container by the OVC residing on the same node, as illustrated below:

**Primary and Secondary Data Containers**

One Data Container will be chosen as the primary (or active) copy of the data (actively serving all I/O) while a secondary copy is kept in HA sync at all times. HA writes occur over the 10Gb Federation network between nodes.

## 16.36.4.  DESCRIPTION

```
The WRITE operation is used to write data to a regular file.  The
target file is specified by the current filehandle.  The offset
specifies the offset where the data should be written.  An offset of
0 (zero) specifies that the write should start at the beginning of
the file.  The count, as encoded as part of the opaque data
parameter, represents the number of bytes of data that are to be
written.  If the count is 0 (zero), the WRITE will succeed and return
a count of 0 (zero) subject to permissions checking.  The server may
choose to write fewer bytes than requested by the client.
```



The Data Management layer performs the following steps to synchronize VM data across nodes:

1. The virtual machine issues a write I/O to the hypervisor.

2. The hypervisor kernel directs the I/O to the datastore via NFS, which is presented by the local HPE OmniStack Virtual Controller.

3. The primary HPE OmniStack Virtual Controller replicates the I/O to the OVC on the VM's secondary node. In parallel, each HPE OVC places the data in NVRAM on its HPE OmniStack Accelerator Card. This NVRAM consists of DRAM that is backed with super capacitors and a flash module so the data can be persisted in the event of power failure to prevent data loss. Once staged in NVRAM, each HPE OmniStack Accelerator Card independently processes the data for deduplication and compression, then acknowledges back to the primary HPE OmniStack Virtual Controller.

4. Immediately after the primary HPE OmniStack Virtual Controller receives acknowledgements from both HPE OmniStack Accelerator Cards, it acknowledges back to the hypervisor that the write is complete.

5. Immediately after Step 4, the hypervisor acknowledges back to the VM that the write is complete. The I/O operation is now complete from the VM's perspective.

6. Independent of the acknowledgment steps, each HPE OmniStack Virtual Controller serializes the data into a full RAID stripe of unique data. When complete, the full stripe is sent to the disk controller to permanently store to disk.

### Lifecycle of a write I/O

The replica set associated with a particular VM is managed on two separate HPE SimpliVity hyperconverged nodes within a cluster. The HPE OmniStack Virtual Controllers establish this peering relationship on a per VM basis. The primary HPE OmniStack Virtual Controller on the same node as the VM will share every write operation with the secondary HPE OmniStack Virtual Controller for that VM. Each HPE OmniStack Virtual Controller will then calculate and execute deduplication, compression, and optimization independently. With this approach, the persistence of every block of data is guaranteed across two HPE SimpliVity hyperconverged nodes without the overhead of all nodes tracking the details of how or where each block is stored within the cluster. In other words, disk-level resiliency is abstracted from node-level resiliency. All of this occurs automatically, including the peering process, requiring no administrative configuration. See the section on Intelligent Workload Optimizer for more details on the initial VM creation process.

105.    Furthermore, the Accused '082 Products preferentially select a first one of the storage units for file access provided that the file access request is associated with an external input/output of the first distributed data storage unit.  For example, the HPE SimpliVity system uses a virtual NFS (or similar protocol) data store accessible via an NFS request that is associated with a virtual/physical network interface, as seen below:

**Primary and Secondary Data Containers**

One Data Container will be chosen as the primary (or active) copy of the data (actively serving all I/O) while a secondary copy is kept in HA sync at all times. HA writes occur over the 10Gb Federation network between nodes.

Think of the NFS datastore as the entry point into the HPE SimpliVity file system. The DVP (Data Virtualization Platform) presents a simple root level file system whose contents are the directories within the NFS datastore. The DVP maps each datastore operation into an HPE SimpliVity operation, i.e., read/write, make a directory, remove a directory etc.

**16.36.4.  DESCRIPTION**

The WRITE operation is used to write data to a regular file.  The target file is specified by the current filehandle.  The offset specifies the offset where the data should be written.  An offset of 0 (zero) specifies that the write should start at the beginning of the file.  The count, as encoded as part of the opaque data parameter, represents the number of bytes of data that are to be written.  If the count is 0 (zero), the WRITE will succeed and return a count of 0 (zero) subject to permissions checking.  The server may choose to write fewer bytes than requested by the client.

```
struct WRITE4args {
    /* CURRENT_FH: file */
    stateid4        stateid;
    offset4         offset;
    stable_how4     stable;
    opaque          data<>;
};
```





106.    In addition, the Accused '082 Products' object management system is configured such that, in response to a file retrieval request that is associated with a data file and an external output of the first distributed data storage unit, the object management system preferentially returns a host name and pathname of a copy of the data file that is stored within the first distributed data storage unit. The HPE SimpliVity system stores a primary copy and a secondary copy of a data file on a first and second storage node respectively. By default, in response to an NFS file read request, the controller on the same node as that on which the primary copy of the requested data resides, serves the primary copy of the data file. If the primary node is down, however, the backup copy is served, as seen below:

**Primary and Secondary Data Containers**

One Data Container will be chosen as the primary (or active) copy of the data (actively serving all I/O) while a secondary copy is kept in HA sync at all times. HA writes occur over the 10Gb Federation network between nodes.

Think of the NFS datastore as the entry point into the HPE SimpliVity file system. The DVP (Data Virtualization Platform) presents a simple root level file system whose contents are the directories within the NFS datastore. The DVP maps each datastore operation into an HPE SimpliVity operation, i.e., read/write, make a directory, remove a directory etc.

Each time a new VM is created or moved to an HPE SimpliVity datastore, a new folder will be created on the NFS datastore containing all the files associated with that virtual machine. Two copies of the virtual machine are automatically created within the cluster regardless of the number of nodes within that cluster (except for a single node cluster). The redundancy of all HPE SimpliVity virtual machines are N+1, excluding backups. We call these copies **data containers**.



### 16.23.4.  DESCRIPTION

The READ operation reads data from the regular file identified by the current filehandle.

### 16.23.2.  ARGUMENT

```
struct READ4args {
        /* CURRENT_FH: file */
        stateid4        stateid;
        offset4         offset;
        count4          count;
};
```

```
Acquiring federation information...

#  Datacenter / Cluster
== ========== / =======
1  Dallas / LocalCluster          Primary and Secondary data container
2  Melbourne / RemoteCluster       node location
                                                    On-disk Logical consumption
Enter the number of the datacenter to work with [default = none]: 1

Analyzing guest virtual machine information...
```

| Guest VM | OWNER | NODE 1 | NODE 2 | NODE 3 | IO-R | IO-W | SZ(G) | Name |
|---|---|---|---|---|---|---|---|---|
| 1 | [ 1] | p | | s | 0 | 0 | 11.1 | 01_Lnx02_DFW |
| 2 | [ 2] | | p | s | 0 | 15 | 489.1 | 01_Win01_DFW |
| 3 | [ 2] | | p | s | 0 | 15 | 489.0 | 01_Win02_DFW |
| 4 | [ 1] | p | | s | 0 | 0 | 18.9 | 02_Lnx02_DFW |
| 5 | [ 2] | s | p | | 0 | 15 | 489.0 | 02_Win01_DFW |
| 6 | [ 2] | s | p | | 0 | 15 | 489.1 | 02_Win02_DFW |
| 7 | [ 1] | p | | s | 0 | 0 | 19.0 | 03_Lnx02_DFW |
| 8 | [ 3] | s | | p | 0 | 15 | 401.4 | 03_Win01_DFW |
| 9 | [ 3] | s | | p | 0 | 15 | 489.0 | 03_Win02_DFW |
| 10 | [* 3] | p | | s | 0 | 0 | 11.0 | Lnx_template |
| 11 | [ 1] | p | | s | 0 | 0 | 17.1 | Win2012r2_template |

107.    Furthermore, the Accused '082 Products' object management system, in response to a file replication request that is associated with a data file stored within the first distributed data storage unit, makes a redundant copy of the data file in a second one of the plurality of the distributed data storage units.  For example, the HPE SimpliVity system, upon creating or editing a primary copy of the data, by default replicates the data (or changes thereto) to a secondary backup storage container located on a different node, as seen below:



**Primary and Secondary Data Containers**

One Data Container will be chosen as the primary (or active) copy of the data (actively serving all I/O) while a secondary copy is kept in HA sync at all times. HA writes occur over the 10Gb Federation network between nodes.

Think of the NFS datastore as the entry point into the HPE SimpliVity file system. The DVP (Data Virtualization Platform) presents a simple root level file system whose contents are the directories within the NFS datastore. The DVP maps each datastore operation into an HPE SimpliVity operation, i.e., read/write, make a directory, remove a directory etc.

Each time a new VM is created or moved to an HPE SimpliVity datastore, a new folder will be created on the NFS datastore containing all the files associated with that virtual machine. Two copies of the virtual machine are automatically created within the cluster regardless of the number of nodes within that cluster (except for a single node cluster). The redundancy of all HPE SimpliVity virtual machines are N+1, excluding backups. We call these copies **data containers.**



108.    Additionally, HPE has been, and currently is, an active inducer of infringement of

the '082 patent under 35 U.S.C. § 271(b) and a contributory infringer of the '082 patent under 35

U.S.C. § 271(c).

109.    HPE has actively induced, and continues to actively induce, infringement of the

'082 patent by intending that others use, offer for sale, or sell in the United States, products and/or

services covered by one or more claims of the '082 patent, including but not limited to the HPE

SimpliVity Hyperconverged Infrastructure platform, as well as any HPE product and/or service,

alone or in combination, that operates in materially the same manner.  HPE provides these products

and/or services to others, such as customers, resellers and end-user customers, who, in turn, in

accordance with HPE's design, intent and directions, use, provision for use, offer for sale, or sell

in the United States the foregoing products and/or services that directly infringe one or more claims

of the '082 patent as described above.  HPE's inducement includes the directions and instructions

found at one or more of the following, the content of which is specifically illustrated above:

-   https://psnow.ext.hpe.com/doc/a00009003enw

-   https://enterprise-solutions-products.com/pdf/data-protection-on-hpe-simplivity-
    platform.pdf

-   https://psnow.ext.hpe.com/doc/a00019351enw

- https://community.hpe.com/t5/Around-the-Storage-Block/How-VM-Data-Is-Managed-within-an-HPE-SimpliVity-Cluster-Part-3/ba-p/7033153#.YIm0my1h1pQ
- https://community.hpe.com/t5/Around-the-Storage-Block/How-VM-data-is-managed-within-an-HPE-SimpliVity-cluster-Part-1/ba-p/7019102#.YImSNS1h1bU
- https://damianerangey.com/2018/07/20/how-virtual-machine-data-is-stored-and-managed-within-a-hpe-simplivity-cluster/

110.    HPE has contributed to, and continues to contribute to, the infringement of the '082 patent by others by knowingly providing one or more components that, when installed, configured and used result in systems that as intended by HPE described above, directly infringe one or more claims of the '082 patent.

111.    HPE knew of the '082 patent, or should have known of the '082 patent, but was willfully blind to its existence.  Upon information and belief, HPE has had actual knowledge of the '082 patent since at least as early as the receipt of IV's June 10, 2021 notice letter and the service upon HPE of this Complaint.

112.    By the time of trial, HPE will or should have known and intended (since receiving such notice) that its continued actions would infringe and actively induce and contribute to the infringement of one or more claims of the '082 patent.

113.    HPE has committed, and continues to commit, contributory infringement by, *inter alia*, knowingly selling products and/or services that when used cause the direct infringement of one or more claims of the '082 patent by a third party, and which have no substantial non-infringing uses, or include one or more separate and distinct components such as software especially made or adapted for use in infringement of the '082 patent that are not staple articles or commodities of commerce suitable for substantial non-infringing use.

114.    As a result of HPE's acts of infringement, IV has suffered and will continue to suffer damages in an amount to be paid at trial.

**PRAYER FOR RELIEF**

IV requests that the Court enter judgment as follows:

(A)    that HPE has infringed one or more claims of each of the asserted patents, directly and/or indirectly, literally and/or under the doctrine of equivalents;

(B)    awarding damages sufficient to compensate IV for HPE's infringement under 35 U.S.C. § 284;

(C)    finding this case exceptional under 35 U.S.C. § 285 and awarding IV its reasonable attorneys' fees;

(D)    awarding IV its costs and expenses incurred in this action;

(E)    awarding IV prejudgment and post-judgment interest; and

(F)    granting IV such further relief as the Court deems just and appropriate.

## DEMAND FOR JURY TRIAL

IV demands trial by jury of all claims so triable under Federal Rule of Civil Procedure 38.

Date: June 11, 2021                        Respectfully submitted,

                                           */s/ Derek Gilliland*
                                           **DEREK GILLILAND**
                                           STATE BAR NO. 24007239
                                           SOREY & GILLILAND, LLP
                                           109 W. Tyler
                                           Longview, Texas 75601
                                           903.212.2822 (telephone)
                                           derek@soreylaw.com

                                           OF COUNSEL:

                                           Paul J. Hayes
                                           phayes@princelobel.com
                                           Matthew Vella
                                           mvella@princelobel.com
                                           Robert R. Gilman
                                           rgilman@princelobel.com
                                           Jonathan DeBlois
                                           jdeblois@princelobel.com
                                           Thomas Fulford
                                           tfulford@princelobel.com
                                           **PRINCE LOBEL TYE LLP**
                                           One International Place, Suite 3700
                                           Boston, MA 02110
                                           Tel: (617) 456-8000
                                           Fax: (617) 456-8100

                                           *COUNSEL for PLAINTIFFS*

                                           **ATTORNEYS FOR THE PLAINTIFFS**